## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**DR. DAVID PICKUP, MA, LMFT;
REVEREND DAREN MEHL, the
President of Voice Of The Voiceless;
REVEREND STEPHEN BLACK,
Executive Director of First Stone
Ministries; PASTOR GREG QUINLAN,
Executive Director of the Center For
Garden State Families; CHRIS SEVIER
ESQ., De Facto Attorneys General &
Special Forces of Liberty DC Division;
PASTOR RICH PENKOSKI, Senior
Pastor at Warriors For Christ.
(Plaintiffs)**

**V.**

**JOE R. BIDEN, in his official capacity as
President of the United States, JEFF
MERKLEY, in his official capacity as the
Senate prime sponsor of the Equality Act,
CHARLES SCHUMER, In his official
capacity as Senate Majority Leader,
RICHARD J. DURBIN, in his official
capacity as Chairman of the Senate
Judiciary Committee, DAVID
CICILLINE, in his official capacity as the
prime sponsor of the Equality Act in the
House, NANCY PELOSI, in her official
capacity as House Speaker.
(Defendants)**



RECEIVED
Mail Room

MAR 2 1 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Case: 1:22-cv-00859
Assigned To : McFadden, Trevor N.
Assign. Date : 3/21/2022
Description: TRO/PI (D-DECK)

**NO JURY DEMAND**
Oral Argument Requested For Related
Motions for Preliminary/Permanent
Injunction

## ORIGINAL VERIFIED COMPLAINT FOR PRELIMINARY/PERMANENT INJUNCTION AND DECLARATORY RELIEF REGARDING THE EQUALITY ACT

## I. INTRODUCTION

1. NOW COMES the Plaintiffs -  Dr. David Pickup, a psychotherapist, MA, LMFT and a

former LGBTQ activist,[1] Reverend Daren Mehl, the President of Voice Of The Voiceless,[2] the

---

[1] https://www.davidpickuplmft.com/
[2] https://www.voiceofthevoiceless.info/

founder of Made Free Ministries,[3] and a former self-identified homosexual, Reverend Stephen Black, the executive director of First Stone Ministries and a former self-identified homosexual activist,[4] Pastor Greg Quinlan, the executive director of the Center For Garden State Families and a former LGBTQ  lobbyist activist, [5] Chris Sevier Esq., founder of De Facto Attorneys General and Special Forces Of Liberty DC division,[6] and Pastor Rich Penkoski,[7] Senior Pastor at Warriors For Christ Church, against the Defendants, President Joe Biden, Sen. Jeff Merley (OR), the Senate prime sponsor of the Equality Act, Leader Chuck Schumer (NY), Chairman Richard Durbin (IL), and Rep. Cicilline (RI), the house prime sponsor of the Equality Act,[8] and Speaker Pelosi, co-sponsor of Equality Act for preliminary and permanent injunctive relief  pursuant to 42 USC  § 1983 for violating the Establishment Clause, Free Speech Clause, and Free Exercise Clause of the First Amendment of the United States Constitution and for declaratory relief pursuant to 28 USC § 2201 for violating their Clause 3 Article VI oath of office in the United States Constitution by the act of creating, introducing, endorsing, promoting, favoring, respecting, and threatening to enact the Equality Act, which is unconstitutional on its face.[9]

---

[3] https://madefreeministries.com/
[4] https://www.firststone.org/
[5] https://www.gardenstatefamilies.org/
[6] http://www.specialforcesofliberty.com/
[7] https://www.wfcchurch.org/
[8] https://www.congress.gov/bill/117th-congress/house-bill/5/text
[9] As a preliminary housekeeping matter, the Plaintiffs bring to this Court's attention that this action is similar to another one pending that Plaintiffs Quinlan, Penkoski, and Sevier and others filed in this District - *Quinlan v. HHS*,1:20-cv-02261-TNM (D.D.C 2020).  In *Quinlan*, the plaintiffs seek injunctive relief for the same legal reasons as the Plaintiffs do here.  Furthermore, in *Quinlan*, the plaintiffs seek to prevent HHS from converting the Trump 2020 Rule back to the Obama 2016 rule, which codifies sexual orientation orthodoxy and gender idenity ideology in the same way that the Equality Act attempts with titles  II, III, IV, VI, VII, and IX. There are similar facts, legal issues, and parties at stake in the instant case and in *Quinlan*.  Therefore, this Court could reassign this action to the court that is presiding over *Quinlan* so that the actions could be adjudicated contemporaneously to save judicial economy and to advance the interest of justice in view of the complexity of the issues regarding the underdeveloped Establishment Clause area of the law.
        Pending now is Plaintiff Quinlan's motion for preliminary/permanent injunction in that case. See
https://www.dropbox.com/s/zg7p0scs6qejz6t/preliminary%20memo%20quinlan.pdf?dl=0
        Also, pending now is Pastor Penkoski's motion for preliminary/permanent injunction in that case. See:
https://www.dropbox.com/s/tq8up65i2o5leqv/Memorandum%20in%20Support%20Penkoski%20and%20Sevier.pdf?dl=0

## II. NATURE OF THE CASE, PROCEDURAL HISTORY, NATURE OF THE LAW, FACTS, DEFINITIONS

**2. The First Amendment Has Exclusive Jurisdiction Over Sexual Orientation Orthodoxy And Gender Identity Ideology, Not The Fourteenth Amendment**:

The United States is a Constitutional Republic, not an emotional republic. That means that the highest level of authority in the Nation is the United States Constitution, and not the unexamined assumption of the superiority of our cultural moment.[10] The United States Constitution is not silent as to how the federal government and all 50 states must respond and react to LGBTQ issues, sexual orientation orthodoxy, and gender identity ideology for such matters are governed exclusively by the Establishment Clause and Free Exercise Clause of the First Amendment of the United States Constitution. That is, the Establishment Clause and Free Exercise Clause of the First Amendment have paramount jurisdiction over all things related to the licentious LGBTQ cult. The Defendants know or should know that the Substantive Due Process Clause or Equal Protection Clauses of the Fourteenth and Fifth Amendments of the United States Constitution have absolutely no applicability whatsoever to matters relating to sexual orientation orthodoxy, non-secular self-asserted sex-based identity narratives, or gender identity ideology and that any suggestion to the contrary is intellectually dishonest.

**3. Free Exercise Clause Defined**:

_____

Furthermore, the plaintiffs in _Quinlan v. HHS_,1:20-cv-02261-TNM (D.D.C 2020) seek to overrule _Bostock v. Clayton Cnty. Bd. of Commissioners_, 139 S.Ct. 1599 (2019) like they do in this action. The U.S. Supreme Court's decision in _Bostock v. Clayton Cnty. Bd. of Commissioners_, 139 S.Ct. 1599 (2019) was invalid because requiring that "sexual orientation" be read into the term "sex" in title VII, 42 U. S. C. §2000e–2(a)(1) causes the statute to lack a primary secular purpose and excessively entangles the government with the licentious religion of secular humanism as advocated by the LGBTQ cult.

[10] The U.S. Constitution, art. VI, Cl 2 states: "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof;; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land;; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." As such, "[t]he Constitution of the United States and all laws enacted pursuant to the powers conferred by it on the Congress are the supreme law of the land (U. S. Const., art. VI, sec. 2) to the same extent as though expressly written into every state law." _People ex rel. Happell v. Sischo_, 23 Cal. 2d 478, 491 (Cal. 1943) (citing _Hauenstein v. Lynham_, 100 U.S. 483, 490 (1880);;  _Florida v. Mellon_, 273 U.S. 12, 17 (1927).

The Free Exercise Clause of the First Amendment of the United States Constitution states that the government "shall make no law...prohibiting the free exercise [of religion]. See U.S. Const. Amend. I.

4. **Establishment Clause Defined:**

The Establishment Clause of the First Amendment of the United States Constitution states that the government "shall make no law respecting an establishment of religion. See U.S. Const. Amend. I.

5. **Religion Defined:**

"Religion" means a set of unproven answers to the greater questions like "why are we here," "what should we be doing as humans," "how do we get our identity," and "what happens after death." The term means a closed system and group or community that is organized, full, and provides a comprehensive code by which individuals may guide their daily activities. Religion involves an ultimate concern or sincere belief and can be non-theistic or theistic. (Decl. Coalition of Multi-Racial Pastors ¶ 2 & see the School Establishment Clause Act (SECA) and Stop WOKE Act in Appendix A).

6. **Institutionalized & Non-Institutionalized Religion Establishment Clause Applicability:**

The evidence shows that the Establishment Clause of the United States Constitution was never solely designed to prohibit the government from respecting and recognizing the doctrines of institutionalized religions but of non-institutionalized religions, like secular humanism. See the Decl. of Multi-Racial Pastors ¶¶ 1-11.  This is especially true as to the religion of secular humanism, which amounts to a disfavored religion under the law because it (a) promotes licentiousness and (b) attempts to justify practices that are inconsistent with the peace and safety of the public.

7. **Secular Humanism Defined:**

"Secular humanism" means a faith-based worldview that is also referred to as postmodern-western-individualistic moral relativism, expressive individualism, or antitheism, and is often the mirror opposite of theism.[11]   The term refers to a religion that worships man as the source of all knowledge and truth. The term includes a belief system that is centered on the

---

[11] Renowned political commentator, Michael Knowles of the Daily Wire calls the religion of secular humanism "gnostic dualism" in his insightful commentaries. https://twitter.com/michaeljknowles/status/1234502922118918145.

unproven assumptions there are no moral absolutes and no one moral doctrine should be used as the superior basis for law and policy, except for the religious doctrines of secular humanism. The term includes a series of unproven faith-based assumptions and naked assertions that suggest that morality and truth are man-made conventions and that at the heart of liberty is man's ability to define his own meaning of the universe. The term refers to a religion that tends to promote licentiousness and to justify practices that are inconsistent with the peace and safety of the state. The term refers to the belief that man is merely a bundle of chemicals, animated pieces of meat, or accidental particles, that nature is all there is, and that there is nothing after death. Nonsecular self-asserted sex-based identity narratives and sexual orientation orthodoxy are doctrines that are inseparably linked to this religion. The term refers to a religion that has many different denominational sects and is expressed in widely varying ways.[12] (See the Decl. of Multi-Racial Pastors ¶¶ 1-11 and the School Establishment Clause Act (SECA) in Appendix A).[13]

8. **Gender Identity Defined:**

"Gender identity" is a faith-based ideological construct, like sexual orientation orthodoxy, that stems from the religion of secular humanism. The term involves the belief that a person is the gender that they self-identify as or that they feel they are in the moment. The term is used interchangeably with the term sexual orientation.[14]

9. **Sexual Orientation Defined:**

"Sexual orientation" means a person's sexual identity or self-identification as homosexual, lesbian, or transgender. The term means a mythology, dogma, doctrine, ideology, or

---

[12] Humanist Manifestos I and II, supra note 176 at 13-15.

[13] (See Decl. Coalition of Multi-Racial Pastors ¶¶ 1-11).

[14] In the Equality Act, under section 1101(a)(2) the term "gender identity" means the gender-related identity, appearance, mannerisms, or other gender-related characteristics of an individual, regardless of the individual's designated sex at birth. It is apparent that gender identity is a faith-based construct, whereas the normal definition of "gender," referring to male and female, is based on neutral, natural, non-controversial observable fact that requires no faith, just intellectual honesty and eyes that see. To be crystal clear, any time the term "sex" is used in titles II, III, IV, VI, VII, and IX or in any other state or federal policy, the term can only mean a person who was born "male" or "female." Any other definition or interpretation of the term "sex" lacks a primary secular purpose and is invalid in view of the Establishment Clause of the First Amendment of the United States Constitution. "Female" means a female person, a woman, or a girl, who was born with female anatomy and with two x chromosomes in the person's cells. "Male" means a male person, a boy, or a man, who was born with male anatomy and with x and y chromosomes in the person's cells

orthodoxy that is inseparably linked to the religion of secular humanism. The term includes non-secular self-asserted sex-based identity narratives that are often predicated on a series of unproven faith-based assumptions and naked assertions that are implicitly religious and have a tendency to erode community standards of decency and promote licentiousness. The term is used interchangeably with gender identity, given that they are both faith-based sexual commentaries on morality that come from the secular humanism religion.[15]

10. The terms "gender identity" and "sexual orientation" appear over 75 times in the Equality Act as the Defendants attempts to infuse and enshrine secular humanist doctrine in titles II, III, IV, VI, VII, and IX to conclusively established that America as a secular humanist theocracy.  It is obvious from under the reasonable observer perspective that the Defendants' excessive references to sexual orientation orthodoxy and gender identity ideology are a ploy to promote, endorse, and enshrine secular humanism, and to convey to all Americans, including the Plaintiffs, that secular humanism is the supreme favored religion of the Nation and that all who refuse to bow down to the superiority of its unproven truth claims are political outsiders and second class citizens.  (See the Decl. of Multi-Racial Pastors ¶¶ 1-11 and the School Establishment Clause Act (SECA) in Appendix A).

11. **Reasonable Observer Defined**:

"Reasonable observer" means a person of ordinary prudence who views a policy or action from an objective standard point in the context of the government's longstanding practice and through the lens of self-evident neutral, natural, and non-controversial transcultural morality. The reasonable observer standard is the standard used to determine whether government action has run afoul of the Establishment Clause of the First Amendment of the United States Constitution.

12. **Non-Secular Defined:**

---

[15] Under section 1101(a)(5) of In the Equality Act, "the term 'sexual orientation' means homosexuality, heterosexuality, or bisexuality." But the Equality Act's definition assumes that there are such thing as "homosexuals", when the evidence shows there are only some people who self-identify as homosexual for some period of time. That is, there are no "homosexuals;" there are only self-identified homosexuals. The Free Exercise Clause and Free Speech Clauses of the First Amendment permit a person to self-identify as a homosexual, but the Establishment Clause bars the government from recognizing, promoting, or respecting controversial identity narratives. The definition of sexual orientation in the Equality Act amounts to a religious fiction that is impeached by the testimonies of ex-gays in this action alone who demonstrate that homosexuality is just a non-secular religious identity.

"Non-secular" means faith-based, not proven, predicated on naked assertions, or emotional feelings, not self-evident objective fact.

13. **Non-Secular Self-Asserted Sex-Based Identity Narrative Defined:**

"Non-secular self-asserted sex-based identity narrative" means an unproven faith-based identity that is implicitly religious and is not predicated on self-evident neutral truth and is a story that provides the individual with a sense of purpose and serves as a commentary on sexual practices, sexual preference, faith, morality, and life. The term includes expressions and speech that are often controversial, sexualized, questionably moral, questionably plausible, and have a tendency to erode community standards of decency and promote licentiousness. (See the School Establishment Clause Act (SECA) Appendix A).

14. **US Supreme Court And US Courts Of Appeals Already Recognized That Secular Humanism Is A Religion Prior To Reaching The Invalid Decisions In** *Obergefell, Windsor, And Bostock*:

In terms of actual controlling Supreme Court authority that is applicable to sexual orientation orthodoxy and gender identity ideology, the Defendants know or should know that the United States Supreme Court already found - prior to the erroneous decisions in *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015), *United States v. Windsor,* 133 S. Ct. 2675 (2013), and *Bostock v. Clayton Cnty. Bd. of Commissioners*, 139 S.Ct. 1599 (2019) - that secular humanism is a religion for the purposes of the First Amendment of the United States Constitution in:

(A) *Torcaso v. Watkins*, 367 U.S. 488 (1961);[16]

(B) *School District of A Bington Township, Pa. v. Schempp*, 374 U.S. 203 (1963);

(C) *United States v. Seeger,* 380 US 163 (1965); and

(D) *Welsh v. United States*, 398 U.S. 333 (1970);

Furthermore, the Defendants know or should know that most of the federal courts of appeal have found that secular humanism is a religion for purposes of the First Amendment in cases such as:

(A) *Malnak v. Yogi*, 592 F.2d 197 (3d Cir.1979);

(B) *Theriault v. Silber*, 547 F.2d 1279 (5th Cir.1977);

---

[16] From the inception of the country, until the 1940s religion was defined as theism (a belief in God) by the courts of the United States. See *Reynolds v. United States*, 98 U.S.145, 166-167 (1878), *Davis v. Beason*, 133 U.S. 333 (1890), *United States v. Macintosh*, 283 U.S. 605 (1931). From the 1940s forward, religion has included non-theism and theism for purposes of the First Amendment Establishment Clause of the United States Constitution. See *Torcaso v. Watkins*, 367 U.S. 488, 495 n. 11 (1961), and *United States v. Seeger*, 380 U.S. 163 (1965).

(C) *Thomas v. Review Bd.*, 450 U.S. 707 (1981);

(D) *Lindell v. McCallum*, 352 F.3d 1107 (7th Cir.2003);

(E) *Real Alternatives,Inc. v. Sec'y Dep't of Health & Human Servs.*,150 F.

Supp. 3d 419, 2017 WL3324690 (3d Cir. Aug.4, 2017); and

(F) *Wells v. City and County of Denver*, 257 F.3d 1132 (10th Cir. 2001).

15. Because the United States Supreme Court recognized that secular humanism is a religion, the Free Exercise Clause and Establishment Clause of the United States Constitution are triggered, and there are implications as to how the government must response to secular humanist doctrine.

16. **Testimonies Of Ex-Gays, Persecuted Christians, Medical Experts, And Religious Experts Inseparably Link LGBTQ Doctrine To The Religion Of Secular Humanism In A Manner That Invokes The Establishment Clause:**

Countless former self-identified homosexual activists, medical experts, religious experts, and persecuted Christians have testified under oath that non-secular self-asserted sex-based identity narratives, such as homosexuality and transgenderism, sexual orientation, and gender identity are doctrines, orthodoxies, ideologies, and dogmas that are part of a worldview consisting of a series of unproven faith-based assumptions and naked assertions that are implicitly religious and inseparably linked to the religion of secular humanism. See Decl. Alliance of Black and White Ex-Gays and Ex-Trans. ¶ 7; Decl. Pastor Penkoski ¶¶ 1-34; Decl. Lisa Boucher ¶¶ 1-10; Decl. Christian Resistance ¶¶ 1-21; Decl. Dr. Cretella ¶¶ 1-20; Decl. Dr. King ¶¶ 1-20; Decl. Pickup ¶¶ 1-10; Decl. Black ¶¶ 1 - 10; Decl. Mehl ¶¶ 1-10; Decl. Quinlan ¶¶ 1-41.

17. **LGBTQ Meets The Legal Definition Of Religion**:

The Defendants know or should know that the LGBTQ community is centered on a "closed system" that is organized, full, and provides a comprehensive code by which individuals may guide their daily activities, making LGBTQ secular humanism meet the legal definition of a religion as defined by the courts in cases such as *United States v. Seeger*, 380 US 163 (1965); *Welsh v. United States*, 398 U.S. 333 (1970); *Real Alternatives, Inc. v. Sec'y Dep't of Health &*

*Human Servs.,*150 F. Supp. 3d 419 (3d Cir. Aug. 4, 2017).[17] See the Decl. of Multi-Racial Pastors ¶¶ 1-11.

18. **Religious Implications Of LGBTQ Symbols:**

Instead of having a cross, the ten commandments, or the star and crescent, the licentious LGBTQ cult has the rainbow-colored flag to symbolize its religious narrow and exclusive beliefs, practices, and values. Even though the secular humanists only admit that the LGBTQ cult is a religion when it suits their jaded interests under the Free Exercise Clause, the LGBTQ cult is a religion for purposes of the Establishment Clause as well, which means that the government cannot promote, respect, endorse, or favor the LGBTQ cult through direct or symbolic government action to include the creation, introduction, and threatened enforcement of the non-secular Equality Act, which otherwise gives the impression that secular humanism is the official religion of the Nation.

19. **Implications Of The Gay Gene Debate & The Principles Of The Separation Of Church & State:**

The Defendants know or should know that the belief that a person "was born with a gay gene"[18] or "was born in the wrong body", amounts to a series of unproven faith-based assumptions and naked assertions that are implicitly religious and cannot be used as the basis for law and policy in the creation and enforcement of non-secular policies, like the Equality Act, because the Establishment Clause prohibits such beliefs from being legally favored, promoted,

---

[17] The court in *Real Alternatives, Inc. v. Sec'y Dep't of Health & Human Servs.,*150F. Supp. 3d 419, 872 (3d Cir. Aug. 4, 2017), provided a legal definition of non-institutionalized religions when it stated: *"*we detect a difference in the 'philosophical views' espoused by [the plaintiffs], and the 'secular moral system[s]...equivalent to religion except for non-belief in God' that Judge Easterbrook describes in *Center for Inquiry,* 758 F.3d at 873. There, the Seventh Circuit references organized groups of people who subscribe to belief systems such as Atheism, Shintoism, Janism, Buddhism, and secular humanism, all of which 'are situated similarly to religions in everything except belief in a deity.' *Id.* at 872. These systems are organized, full, and provide a comprehensive code by which individuals may guide their daily activities." The licentious LGBTQ cult that the Equality Act endorses, respects, favors and promotes is "organized, full, and provide[s] a comprehensive code by which [self-identified homosexuals, self-identified transvestites, and other] individuals may guide their daily activities" and is inseparably linked to the religion of secular humanism.
[18] The testimonies of thousands of ex-gays that left the LGBTQ cult demonstrate beyond reasoanble doubt that there is no gay gene, and that the idea that homosexuality is immutable is about as credible as the Jussie Smollett's recent hate crime hoax. See Decl. Alliance of Black and White Ex-Gays and Ex-Trans. ¶ 7; Decl. Pickup ¶¶ 1-10; Decl. Black ¶¶ 1 - 10; Decl. Mehl ¶¶ 1-10; Decl. Quinlan ¶¶ 1-41

endorsed, respected, or codified by government.  In this case, the Plaintiffs are not out to prove or disprove whether or not a "gay gene" exists, but rather, the Plaintiffs stipulate that it is not officially proven one way or another, and therefore, it is a matter of religious faith that is governed exclusively by the Establishment Clause balanced with the Free Exercise Clause of the First Amendment of the United States Constitution. Accordingly,  by creating, introducing, and threatening to enact the Equality Act, the Defendants have violated the principles of the separation of church and state.[19]

20. **Matter Of "Religion," Not "Medical Science":**

While the LGBTQ licentious cult has employed so-called medical experts and scientists who argue that there is a "gay gene" and that homosexuality is predicated on immutability in the same way that cigarette manufacturers employed medical experts and scientists to assert that smoking cigarettes is good for a person's health, there are medical experts who argue that there is no such thing as a "gay gene" any more than there is a "rape gene" and that the homosexual agenda is just trying to justify self-evident immoral sexual misconduct that goes against the givenness of the human design in the same way that polygamy, pedophilia, and beastiality unquestionably do.  (Decl. Dr. Cretella ¶¶ 1-20; Decl. Dr. King ¶¶ 1-20).  No amount of intellectual squinting changes that. Therefore, since the Plaintiffs from the outset stipulate that it is not officially proven one way or the other whether there is a "gay gene," this Court has subject matter jurisdiction to hear this action brought under the Establishment Clause of the First Amendment because the evidence shows that sexual orientation orthodoxy and gender identity ideology are religious concepts that the Defendants are maliciously attempting to impose on the whole of the nation through coercive government action through a series of imperialistic power plays with the end goal of establishing that America is a secular humanist theocracy and that all

---

[19] The Plaintiffs are asking this Court to serve as a check and balance on the Defendants. It is important for the public to know and for the Democrat party to come to terms with the fact that the LGBTQ community is a cult that deserves the same limited protection for their beliefs and practices as the members of KKK, the church of Satan, the branch davidian, and the Manson Family do under the Free Exercise Clause of the First Amendment of the United States Constitution.  While the testimonies of Plaintiffs Black, Pickup, Mehl, and Quinlan - alone - demonstrate that the idea of a gay gene is implausible, the main message they would like to convey through this Court and in the public record is that people who joined the LGBTQ cult can abandon it and convert to a new worldview and identity, just like they did, if they want to do so. The Defendants simply want to encourage our citizenry to be slaves to their base passions because it helps them personally and their parties desire for power and control, despite the division and trauma it inflicts on the whole of society, especially children.

non-observers of their favored religion are unwelcomed.[20] If anything, the Defendants unconstitutional drive to excessively entangle our government with the licentious religion of LGBTQ secular humanism tends to demonstrate why homosexuality should have remained illegal for the same reason that polygamy remains illegal. See *Reynolds v. United States*, 98 U.S. 145 (1879).

21. ***Lemon* Test Defined:**

"*Lemon* test" means a three-prong test originally created by the United States Supreme Court in *Lemon v. Kurtzman*, 403 U.S. 602 (1971). The *Lemon* test is the primary test used by the judicial branch to determine whether government action is unconstitutional under the Establishment Clause of the First Amendment of the United States Constitution. Government action violates the Establishment Clause if the action fails to satisfy any of the prongs. The test requires that state action or government policy:

(A)  have a valid secular purpose;

(B)  not have the effect of advancing, endorsing, or inhibiting religion;

(C)  not foster excessive entanglement with a particular religion.

The Defendants know or should know that by creating, introducing, promoting, and seeking to enact the Equality Act, the Defendants have engaged in government action at the taxpayer's expense that violates all three prongs of the *Lemon* Test from every angle.[21]

22. **Failing One Prong Of *Lemon* Standard:**

The United States Supreme Court in *Edwards v. Aguillard,* 482 U.S. 578 (1987) and *Agostini v. Felton*, 521 U.S. 203 (1997) found that if government action fails one prong of the *Lemon* test, it is unconstitutional, and the Defendants know or should know that creating, introducing, enacting, promoting, and enforcing policies that respect and favor LGBTQ dogma,

---

[20] Decl. Alliance of Black and White Ex-Gays and Ex-Trans. ¶ 7; Decl. Pastor Penkoski ¶¶ 1-34; Decl. Lisa Boucher ¶¶ 1-10; Decl. Christian Resistance ¶¶ 1-21; Decl. Dr. Cretella ¶¶ 1-20; Decl. Dr. King ¶¶ 1-20. It takes an enormous amount of religious faith and a lot of intellectual squinting to actually believe that "[self-identified t]ransgender people have a gender identity that differs from the sex assigned to them at birth. A person's gender identity is a core, defining trait fundamental to a person's sense of self and personhood," as the LGBTQ plaintiffs in *Whitman* asserted in their complaint. See *Whitman-Walker Clinic v. HHS*, 1:20-cv-01630-JEB (D.D.C. June 22, 2020)

[21] In an effort to keep the Article III branch honest, the Plaintiffs have been pressing the state legislatures in all 50 states to codify the *Lemon* Test in bills like the School Establishment Clause Act (SECA) and the Stop WOKE Act. (See Appendix A).

like conversion therapy bans, transgender surgery policies, trans sports in public schools policies, gay marriage policies, trans bathroom policies in public schools, and others, fail all three prongs of the *Lemon* test by a landslide. The Defendants' overreach has demonstrated that not only is the Equality Act unconstitutional, so are all of the existing similar policies on the federal and state level that directly or indirectly elevate LGBTQ ideology over other religions or non-religion. Accordingly, Alliance Defending Freedom (ADF), Liberty Council in Florida, Liberty University lawyers, the ACLJ, the Heritage Foundation, and the Family Research Council should start filing lawsuits in every state to challenge any statute that promotes LGBTQ ideology based on the Plaintiffs' legal reasoning in this action.

23. **Direct Evidence That The Equality Act Fails Prong One Of *Lemon*:**

The term "sex" as it refers to male and female is a neutral and secular term. However, the Equality Act attempts to enshrine sexual orientation orthodoxy and gender identity ideology over 75 times by changing the secular definition of the term sex in federal statutes, which would cause titles II, III, IV, VI, VII, and IX to no longer have a primary secular purpose and, therefore, be unconstitutional under the Establishment Clause of the First Amendment. That is the 75 attempts in the Equality Act to entangle titles II, III, IV, VI, VII, and IX with sexual orientation orthodoxy and gender identity ideology violate the principles of the separation of church and state. This is the exact problem with the *Bostock v. Clayton Cnty. Bd. of Commissioners*, 139 S.Ct. 1599 (2019) decision where Justice Gorsuch and the other liberal Justices in the Majority failed to understand that by interpreting the term "sex" to respect sexual orientation orthodoxy and gender identity ideology in title VII and other statutes causes those statutes to lose their primary secular purpose, invalidating them for purposes of enforcement under the Establishment Clause of the First Amendment for purposes of prong I of *Lemon*.

24. Prong I of the *Lemon* test challenges whether the stated goal of a government policy decision is being reached or whether an ulterior agenda is being advanced to promote one religion over other religions or religion over non-religion. Because the legislative findings in the Equality Act make assert that the stated goal is tolerance, equality, and unity and because the evidence shows that once implemented the policy will fail to achieve that goal and simply elevate one religious worldview over all others, the policy fails prong I of *Lemon*.

25. In the wake of the introduction of all legislative policies, like the Equality Act, or invalid judicial decisions, like *Obergefell v. Hodges,*135 S.Ct. 2584 (2015), there has not been a

landrush on gay marriage, unity, or tolerance, instead, there has been a landrush on public elementary schools and public libraries by self-identified homosexuals, self-identified transvestites, and devout secular humanist activists, who feel entitled to infiltrate those public facilities for the sole purpose of targeting and indoctrinating minors with LGBTQ doctrine at the taxpayer's expense with the government's stamp of approval.

26. Furthermore, in the wake of the introduction of all legislative policies, like the Equality Act, or flawed judicial decisions, like *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015), there has not been a landrush on gay marriage, unity, or tolerance, instead, there has been a landrush on the social marginalization and violent oppression of non-observers of the licentious religion of LGBTQ secular humanism - to include the Plaintiffs. The goal of secular humanists is not "tolerance." It is "dominance." In an honest world, the Equality Act would be retitled to the "Inequality Act" because it is crafted to allow for discrimination against non-observers of the religion of secular humanism. It is this social marginalization and violent oppression by the introduction of policies, like the Equality Act, that has inflicted direct injury on the Plaintiffs and given them Article III standing to proceed here.[22] If we have learned anything from the government's decision to entangle itself with the LGBTQ cult, it is that people who are intolerant of intolerant people are intolerant, that people who are judgmental against judgmental people are judgmental, and that people who are dogmatic about not being dogmatic are themselves the most dogmatic of all.[23]

---

[22] Policies that excessively promote LGBTQ ideology ring the dinner bell that allows ravenous secular humanists to act out of the overflow of their moral superiority complex and victimize non-observers of their asinine religion. In fact, in the wake of the Plaintiffs outspokenness against the government's unlawful union with the LGBTQ cult, some of the Plaintiffs have been so viciously and maliciously libeled by the fake news liberal media that they created the Truth In Reporting Act, the Stop Guilt By Accusation Act, and Kyle's Law for all 50 states in response to impose serious restriction on the fake news media in a manner that accords with the First Amendment. See Appendix A. See Understanding the Stop Guilt By Accusation Act: https://www.youtube.com/watch?v=FTnrd72xNTI&t=2s

[23] When a LGBTQ cult member says that "love is love" what they really mean is that they are ok with government assets being used to crush anyone who dares to disagree with their religious worldview on sex, faith, marriage, and morality. Such a position is objectively "unloving" by definition. The idea that the LGBGT cult is about love is a sham. The fact of the matter is that "love without truth is just shallow sentimentality." LGBTQ sexual conduct is not "love," but traumatic sexual exploitation that goes against human nature and is self-evidently immoral for the in the same way that bigamy, pedophilia, and beastiality are.

27. **Direct Evidence That The Equality Act Fails Prong Two Of** *Lemon*:

The Equality Act unmistakenly violates prong II of the *Lemon* Test, as it unapologetically attempts to tie the Plaintiffs' hands and the hands of all non-observers of licentious LGBTQ secular humanism by leaving them defenseless and forced to convert to the dangerous and destructive religious worldview that the Defendants favor in step with their refusal to think logically.  Section 1107 of the Equality Act states:

> "The Religious Freedom Restoration Act of 1993 (42 U.S.C. 2000bb et seq.) shall not provide a claim concerning, or a defense to a claim under, a covered title, or provide a basis for challenging the application or enforcement of a covered title."

By expressly not allowing the Plaintiffs or any other non-observer of licentious LGBTQ secular humanism to invoke the Religious Freedom Restoration Act (RFRA), the Equality Act creates an indefensible "legal weapon that no [Christian] can obtain." *City of Boerne v. Flores,* 521 U.S. 507 (1997).  From this provision that nullifies RFRA, it is obvious that the Defendants do not understand that the underlying legal basis for RFRA is the Free Exercise Clause of the First Amendment of the United States Constitution. This means that even if the Equality Act were enacted and even if it did manage to nullify the RFRA shield, the Equality Act still fails because it cannot repeal the Free Exercise Clause of the First Amendment of the United States Constitution. The Free Exercise Clause and Establishment Clause synergistically preempt the Equality Act in its entirety.[24] This is something that the Defendants just do not get, and it is why they are terrible lawmakers.  It is more important than ever that this Court serves as the necessary check on the Defendants, who are willing to take unprecedented brazen steps to excessively entangle our government with a narrow and exclusive religious worldview by removing protections from the millions of Americans who have the sense and decency to see LGBTQ ideology for what it always has been and always will be - a doctrine that attempts to justify immoral sexual conduct that is depersonalizing, dehumanizing, desensitizing, dangerous, and destructive.

---

[24] The underlying legal basis for RFRA is the Free Exercise Clause of the First Amendment.  The arrogant effort of the Defendants to make an end around the constitution and to tie the hands of people of faith demonstrates that they are (1) intellectually inept when it comes to understanding Constitutional functionality and supremacy that (2) they lack the character fitness to serve in office, and that (3) they are enemies of the constitution and the rule of law.

28. **Direct Evidence That The Equality Act Fails Prong Three Of Lemon:** The surreptitious method by which the Equality Act attempts to enshrine sexual orientation and gender identity ideology over 75 times in titles II, III, IV, VI, VII, and IX in a manner that would coercively impose LGBTQ dogma on all aspects of public life causes the act and the Defendants misconduct violates prong III of Lemon and constitutes the greatest attempt to excessively entangle the government with the dogma of a non-institutionalized religion since the inception of American jurisprudence.[25] .

29. Here is a more specific example of how the Defendants conduct and the Equality Act itself violate prong III of *Lemon* in a manner that inflicts direct injury on the Plaintiffs: the Plaintiffs are all part of businesses that provide the service of "pastoral care", a term that Defendants maliciously describe in the Equality Act as "conversion therapy." The Plaintiffs provide these services to help individuals who want to escape the LGBTQ cult do so. The Plaintiffs also help individuals heal from the trauma that naturally flows from having bought into the cult's destructive practices and warped truth claims. Meanwhile, it is evident that through the Equality Act and similar measures, the Defendants have set out to enslave the public's consciousness in the lie "once gay always gay" in step with the Democrat party's resolute commitment to remaining the party of slavery. [26] Legislative finding (6) of the Equality Act states:

> The discredited practice known as "conversion therapy" is a form of discrimination that harms LGBTQ people by undermining individuals' sense of self worth, increasing suicide ideation and substance abuse, exacerbating family conflict, and contributing to second-class status.

The prime sponsors of the Equality Act and their co-sponsors, who are named as Defendants here, imperialistically float the naked assertion that "conversion therapy" is "discredited" and

---

[25] The saying that "the devil always overplays his hand" applies here because any reasonable observer can see that the Equality Act is from the devil from a constitutional perspective. This overplayed hand from instruments of hell has inflicted direct injury on the Plaintiffs in a manner that is ripe for adjudication now in seeking an injunction under the Establishment Clause of the First Amendment for violating prong III of *Lemon.*
[26] The evidence shows that Democrat government officials long to see the electorate enslaved to their passions and dominated by their glands so that they can turn around offer absolution from the position of government as pagan high priests. The Democrats exploit guilt, emotion, race in a manner that is demonic and sinister.

"discrimina[tory]" but they fail to explain how or what evidence they are relying on in making that faith-based finding. The fact of the matter is that Plaintiffs Pickup, Quinlan, Black, and Mehl along with thousands of other medical and religious experts have already and can demonstrate attempting to classify pastoral care or "conversion therapy" as "discredited" is the only thing that is actually "discredited." They can also prove that attempts to discredit pastoral care or conversion therapy are nothing more than attempts at discrimination, against non-observers of the religion of secular humanism. The "Equality Act" should be renamed the "Inequality Act," but more importantly, the act should be tabled in perpetuity by injunction for failing prong III of the *Lemon* Test and, therefore, violating the Establishment Clause because to ban pastoral care/conversion therapy directly injures the Plaintiffs ability to earn a living and to serve their communities in a manner that constitutes the ultimate excessive entanglement.[27]

30.  The Court has personal jurisdiction and subject matter jurisdiction to hear the Plaintiffs' claim brought under prong III of *Lemon* pursuant to the Establishment Clause because the mere threat that pastoral care and conversion therapy could be banned at the federal level is harming their businesses currently. The Plaintiffs should not be expected to wait around to be damaged further, when the Equality Act should not have been introduced in the first place. The Plaintiffs should not be expected to wait around to be damaged further, when the Equality Act should not have been introduced in the first place.

31.  **Emotional Appeals Can Not Be Used To Usurp The Establishment Clause.**

The Defendants know that the Equality Act is predicated on nothing more than a stream of shallow emotional appeals that constitute a series of unproven faith-based assumptions. The Defendants know or should know that federal courts, in cases like *Holloman v. Harland,* 370 F.3 1252 (11th Cir. 2004), have established that neither emotional appeals nor sincerity of belief can be used to usurp the Establishment Clause of the First Amendment, and, therefore, all policies

---

[27] Furthermore, undermined "sense of self worth, increas[ed] suicide ideation, and substance abuse, exacerbat[ed] family conflict" is the result of buying into the destructive truth claims of the licentious LGBTQ cult in the first place and not the result of wanting to escape from it. It is best for all Americans to not allow themselves to be seduced in buying into the LGBTQ cults dogma to begin with, since the Defendants imply that doing so undermines "sense of self worth, increas[es] suicide ideation, and substance abuse, exacerbat[es] family conflict." In their businesses, the Plaintiffs have set out to increase self worth, prevent suicide ideation, reduce substance abuse, and resolve family conflict. Plaintiffs Black, Pickup, Mehl, and Quinlan simply want to help those, who like themselves were once duped by the LGBTQ cult, heal from the damage that the cult naturally inflicts on its members.

that respect and promote non-secular self-asserted sex-based identity narratives and sexual orientation orthodoxy, to include the Equality Act, are based solely on a bundle of emotional appeals at the expense of this principle.[28] While the Defendants only have emotional reasons for pursuing the Equality Act, the Plaintiffs have a controlling constitutional basis for destroying it and all similar policies under the Establishment Clause of the First Amendment of the United States Constitution.

32. **Taxpayer Standing Doctrine In Establishment Clause Cases Defined.**  The Establishment Clause area of the law is unique because it is the one arena where a plaintiff can assert taxpayer standing doctrine.  This is a legal concept that the Plaintiffs wish that Governor Ron Desantis and the Texas state legislature would come to understand, when it comes to framing the enforcement mechanisms of bills that they favor on the topic of the culture war. "Taxpayer standing" means the standing of a taxpayer to file a lawsuit against a government actor that is directly or symbolically engaging in practices that violate the Establishment Clause of the First Amendment of the United States Constitution, after the government actor actually or prospectively engaged in action that potentially failed at least one prong of the *Lemon* test. A taxpayer must have a logical nexus to assert this form of standing.[29] A person who pays sales tax in this state can successfully assert this form of standing before the courts of competent jurisdiction.  (See Appendix A and B).  The Plaintiffs are all taxpayers who pay every form of tax imaginable, including sales tax and/or property tax and/or income tax, etc. The Plaintiffs have a logical nexus to the controversy of introducing the Equality Act in light of the facts asserted in this verified complaint and in view of the sworn statements provided.[30]

---

[28] The Supreme Court has recognized "that public debate of religious ideas, like any other, may arouse emotion, may incite, may foment religious divisiveness and strife does not." See See *Terminiello v. Chicago,* 337 U.S. 1, 4-5, 69 S.Ct. 894, 895-896, 93 L.Ed. 1131 (1949). *McDaniel v. Paty,* 435 U.S. 618, 640, 98 S. Ct. 1322, 1335, 55 L. Ed. 2d 593 (1978).  However, that does not mean that the government can simply enshrine the doctrines of licentious secular humanism so that truth allergic secular humanists, like the Defendants, can feel superior to everyone who has the humility and common sense to believe the obvious unchanging reality that LGBTQ dogma is vile, implausible, and evil at the same time.

[29] "Logical nexus" means at least some minimal, relevant, legitimate, important, or rational connection. The term connotes a low-threshold standard. Based on all of the facts asserted in the complaint and the exhibits filed, the Plaintiffs have a logical nexus to file suit. (See Appendix A).

[30] On top of having direct standing because of the emotional and economic harm that the introduction of the Equality Act has on the Plaintiffs' businesses, the Plaintiffs have standing under the taxpayer standing in *Flast v. Cohen,* 392 U.S. 83 (1968) and in other cases.

## III. RIPENESS

33. **Ripe By Threat In General:**  Normally, the Plaintiffs would wait to file a lawsuit to have a statute struck down after it was enacted by Defendant Biden, but this case is exceptional because the Equality Act is so unconstitutional on its face that the mere introduction and threatened enactment is sufficient to inflict injury on the Plaintiffs and to provide them with Article III standing and to confer subject matter and personal jurisdiction onto this Court. Pursuant to the principles surrounding the federal declaratory judgment act for a violation of the Establishment Clause, Free Speech Clause, and Free Exercise Clauses of the First Amendment of the United States Constitution, the Plaintiffs should not be required to sit and wait for the Defendants to officially enact the Equality Act before filing suit because its enactment would only serve to twist the knife in the Plaintiffs' continuing injuries inflicted by the mere introduction, promotion, and endorsement of the patently unconstitutional legislative measure that openly seeks to establish America as a secular humanist theocracy. [31]

34. **Plaintiffs Ripe Standing To Sue As Taxpaying Parents' In Light Of Threat Posed By The Equality Act On Their Children Who Attend Public Schools:**
Most of the Plaintiffs are parents who send their children to public school. Because the Equality Act threatens to force public schools to permit males to use the female restroom in an effort to show the government's endorsement and favoritism of the LGBTQ cult, the Plaintiffs are harmed now because they are having to decide whether they will have to pull their children from public school or allow them to be brainwashed by the licentious LGBTQ dogma that will be imposed on

---

[31] This situation is similar to when the Country and Western D-list celebrity, John D. Rich, unwisely attempted to bully Plaintiff Sevier out of copyrights which compelled Plaintiff Sevier and his record company, Severe Records LLC, to file a lawsuit against Mr. Rich. See *Severe Records LLC, et. al v. John Rich, et. al.,* 09-6175 (6th Cir. 2011).   In that controversy, John Rich, part of the duo Big and Rich, sent Plaintiff Sevier two cease and desist letters regarding three copyrights that Plaintiff Sevier unequivocally authored.  Instead of being held hostage by waiting around for Mr. Rich to make good on his threat to sue, Plaintiff Sevier filed a lawsuit against Mr. Rich for a federal declaratory judgment pursuant to the copyright act to secure a declaration that Plaintiff Sevier's use of the works was lawful and that Mr. Rich's wrongful interference of Plaintiff Sevier's use of the works was unlawful. The sixth circuit court of appeals found in favor of Plaintiff Sevier as to the federal declaratory judgment act, finding that the threat of Mr. Rich's copyright infringement lawsuit was a sufficient injury to the Plaintiff Sevier that provided him with a ripe injury to sue. See *Severe Records LLC, et. al v. John Rich, et. al.,* 09-6175 (6th Cir. 2011).

them with the government's stamp of approval.  This distressful situation is one that the Plaintiffs and their children should not be put in to begin with.

35.  Section 1101(b)(3) of the Equality Act states, "(with respect to gender identity) an individual shall not be denied access to a shared facility, including a restroom, a locker room, and a dressing room, that is in accordance with the individual's gender identity."  As taxpaying parents with children in public schools, the Plaintiffs have a logical nexus to pursue this cause of action pursuant to 42 USC § 1983 to get immediate relief from harm caused by the unconstitutional action that the Defendants are threatening in a manner that injures children.

36.  The United States Supreme Court in *Lee v. Weisman*, 505 U.S. 577 (1992) found that there are "heightened concerns with protecting freedom of conscience from subtle coercive pressure in the elementary and secondary public schools," while also holding in *Edwards v. Aguillard*, 482 U.S. 578 (1987) that the government "should be particularly vigilant in monitoring compliance with the Establishment Clause in the public-school context," when minors are subjected to religious indoctrination with the perception of the government's stamp of approval. This heightened vigilance requirement ripens the issues and gives the Plaintiffs the basis to proceed to enjoin the Equality Act from moving any further now.  Furthermore, Plaintiff Sevier is the author of the School Establishment Clause Act (SECA) which many state legislatures are moving on at great expense to themselves and Plaintiffs Sevier, and the adjudication of these matters here and now are important in view of the substantial legal ramifications and in light of the doctrine of preemption. To preserve judicial and legislative economy these issues should be adjudicated now.

37. **Ripe By Direct Applicability To The Plainitffs' Businesses:**

This action is ripe because from the face of the Equality Act, it is clear that the provisions apply to the Plaintiffs and their business. The Plaintiffs provide services that include helping defectors from the licentious LGBTQ escape from the licentious cult.  Nevertheless, the Plaintiffs must comply with the Equality Act if enacted because they are part of an establishment that provides services.  Section 208 of the Equality Act, states:

> A reference in this title to an establishment— (1) shall be construed to include an individual whose operations affect commerce and who is a provider of a good, service, or program; and (2) shall not be construed to be limited to a physical facility or place.

The Plaintiffs provide "services" in a "physical facility," which means that the Equality Act applies to them directly in a manner that will destroy the services they provide, ending their livelihoods and quality of life. The direct applicability of the Equality Act to the Plaintiffs and its threatened enactment is enough to confer injury on the Plaintiffs that is actionable now. The Plaintiffs should not be expected to wait to have their quality of life completely destroyed in the wake of unconstitutional government action that was so overtly unlawful from its inception.

38.   **Ripeness Based On Impact Of Employment Practices:**

If the Equality Act was enacted, the Plaintiffs could be punished for refusing to hire a person based on their non-secular self-asserted sex-based identity narrative despite the fact that the Plaintiffs are working to help their clients escape from the grips of the LGBTQ cult that the Defendants are in bed with.  For example, SEC. 7. EMPLOYMENT of the Equality Act states:

> "Section 1106 shall apply to this title except that for purposes of that application, a reference in that section to an 'unlawful practice' shall be considered to be a reference to an 'unlawful employment practice"......(3) in subsection (e)(1), by striking "enterprise," and inserting "enterprise, if, in a situation in which sex is a bona fide occupational qualification, individuals are recognized as qualified in accordance with their gender identity,"; and (4) in subsection (h), by striking "sex" the second place it appears and inserting "sex (including sexual orientation and gender identity),"

This provision of the Equality Act combined with others would require the Plaintiffs to employ members of the LGBTQ cult to work at their organization, whose purpose is in large part to help deter people from joining the LGBTQ cult to begin with or to help victims of LGBTQ dogma heal from the trauma that flows from putting to practice the cult's ideology in the first place. If the Plaintiffs were required to employ devout members of the LGBTQ cult, who would invariably apply for positions, those devout individuals if hired by coercion would undoubtedly sabotage the Plaintiffs' business from the inside out under the protection of federal law.  This threat is so severe and harmful that it is actionable now.


## IV.   JURISDICTION AND VENUE

39. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, as this action arises under the laws of the United States and United States Constitution; 28 U.S.C. § 1346, as a civil action against the United States founded upon the Constitution, an Act of Congress, or an executive

regulation; and 28 U.S.C. § 1361, as an action to compel an officer or agency to perform a duty owed to the Plaintiffs.

40. An actual controversy exists between the parties within the meaning of 28 U.S.C. § 2201(a), and this Court may grant declaratory, injunctive, and other relief pursuant to 28 U.S.C. §§ 2201-2202 and 5 U.S.C. §§ 705-706.

42. Venue is proper in this district under 28 U.S.C. § 1391(b)(1), (b)(2), & (e)(1) because at least one Plaintiff resides in this judicial district, a substantial part of the events or omissions giving rise to this action occurred in this district, the injuries to the Plaintiffs are most felt in this district, and each Defendants resides in the District, and each Defendant is an agency of the United States or an officer of the United States sued in their official capacity.

## V. THE PARTIES

### A. Plaintiffs

41. **Things That The Plaintiffs Have In Common:**

There is a laundry list of relevant facts that the Plaintiffs have in common. First, the Plaintiffs are all American taxpayers who pay every form of tax imaginable, including sales tax and/or property tax and/or income tax, etc. Second, the Plaintiffs all provide a range of services to individuals who used to be part of the LGBTQ cult, who have left it behind and converted to a neutral, non-controversial, and secular identity narrative that accords with the givenness of their nature.[32] Third, while the Plaintiffs are Christians, they do not want to see the government excessively entangle itself with their favored religion for the same reason they do not want to see the government entangle itself with the favored religion of the Defendants.[33]   Fourth, all of the

---

[32] It is the collective mission of the Plaintiffs to spread the message that a person can join the LGBTQ cult if they want to take that path, but that the government is lying by spreading the LGBTQ's gospel narrative that "once gay always gay."

[33] That is, the Plaintiffs do not want the government to impose Christianity on the citizenry any more than it wants the government to impose secular humanism. For example, the Plaintiffs do not want a public library holding Christian Bible study for minors for the same reason that they object to public libraries sponsoring Drag Queen Story Time for minors. That is, the Plaintiffs do not object to Drag Queen Story Time being held at a Starbucks, which is privately owned and as long as the event does not violate obscenity codes, but they have objected to Drag Queen Story Time being hosted at the public library at their expense as taxpayers because the event is non-secular. In terms of equality, the Plaintiffs consistently demand that the government be neutral as to religion and not favor one religion over another or religion over non-religion.

Plaintiffs have been severely persecuted, harassed, threatened, harangued, libeled, slandered, canceled, oppressed, marginalized, attacked, antagonized, demonized, shunned, and injured in the wake of the government's endorsement of the LGBTQ cult with acting under the color of law. The Plaintiffs have been brutalized in the wake of the government's endorsement of the LGBTQ cult for simply asserting the obvious from the reasonable observer perspective that LGBTQ ideology and practices are licentious, immoral, and subversive to human flourishing - which they are. The Defendants know or should know that the mere introduction of the Equality Act has served as a catalyst to make the persecution of the Plaintiffs and of millions of other non-observers of the religion of secular humanism intensify and escalate, cultivating a litany of secondary harmful effects that were at all-time foreseeable to the Defendants.  <u>Fifth</u>, all of the Plaintiffs have separately challenged the government's promotion of LGBTQ secular humanism in a number of different judicial and legislative forums and have been persecuted for doing so because the LBGTQ cult and its advocates do not want "equality," they want "dominance." <u>Sixth</u>, the Plaintiffs are committed to zealously defending the race-based civil rights movement led by Pastor Martin Luther King Jr that the LGBTQ cult seeks to hijack, distort, and exploit.

42. <u>Plaintiff Dr. David Pickup</u> was a one-time self-identified homosexual activist. He is now a psychological therapist and an LMFT, who amongst other things specializes in helping people leave the LGBTQ cult and heal from the trauma imposed on them for joining in the first place. https://www.davidpickuplmft.com/.[34]

43. <u>Plaintiff Stephen Black</u> is the executive director of First Stone Ministries. https://www.firststone.org/. He used to be an LGBTQ cult member and activist.  The mission of First Stone is to lead people in the Body of Christ to freedom from homosexuality and sexual brokenness through a relationship with Jesus Christ as Lord; to reach out to churches, schools, organizations, and the general public by providing education, biblical discipleship, support and AIDS ministry.[35]

---

[34] Even the introduction of the Equality Act is having an adverse impact on the Plaintiffs finances because it is interfering with their ability to provide complete care to their clients, who are trying to escape the grip of the LGBTQ lifestyle and cult, just as Plaintiffs Pickup, Black, Quinlan, and Mehl did.  The introduction of the Equality Act and its potential enactment has already had and continues to have an adverse impact on the Plaintiffs ability to provide services, which substantially harms the clients who seek care.

[35] Since the introduction of the Equality Act, Plaintiff's Black's place of business has been immensely vandalized by self-entitled secular humanist activists who smashed out all of the windows of their business in a manner that mirrors Kristallnacht, the night of the broken glass

44.  <u>Plaintiff Daren Mehl</u> was at one time a self-identified homosexual. He is now a husband, a father, and a Reverend.  Plaintiff Mehl and his wife are the founders of Made Free Ministries. https://madefreeministries.com/.  He is the President of Voice Of The Voiceless. https://www.voiceofthevoiceless.info/. Plaintiff Mehl's organizations provide education and protect ex-gays who seeking to heal, avoid, and escape from the licentious LGBTQ cult.

45.  <u>Plaintiff Greg Quinlan</u> is the executive director of the Center For Garden State Families. https://www.gardenstatefamilies.org.  Plaintiff Quinlan was a self-identified homosexual activist for 10 years lobbying in Washington DC & Ohio for the homosexual agenda. Greg Quinlan is founder of the Pro-Family Network, was president of PFOX (Parents and families of Ex-Gays) and President of Equality & Justice for All.[36]

46.  <u>Plaintiff Chris Sevier Esq.</u> is the founder of De Facto Attorneys General and Special Forces Of Liberty.  He is a Christ-follower who writes legislation for all 50 states on the matters of the culture war out of the wake of multi-state federal litigation that if enacted will survive judicial review and that have robust enforcement mechanisms based on vetted principles of law. http://www.specialforcesofliberty.com/. As a rule of law Judge Advocate General, who was tasked to ensure that other countries obey their constitutions, he continues that same mission today at home to ensure that the three branches of the state and federal government obey the United States Constitution at great personal expense to himself. [37]

---

during World War II.  The introduction of the Equality Act and its potential enactment has already had and continues to have an adverse impact on his ability to provide services for pay and his substantially harmed clients who seek care.

[36] Mr. Quinlan has more than 35 years of experience of lobbying and governmental matters, and is a fiercely proponent fighting for the natural family since 1992. Gregory now seeks to serve the Lord through the Center of Garden State Families. The Mission of The Center for Garden State Families is to protect and promote faith, freedom and the natural family, in culture and public policy, as held by the traditional Christian worldview.  The introduction of the Equality Act and its potential enactment has already had and continues to have an adverse impact on his ability to provide services for pay and his substantially harmed clients.

[37] Plaintiff Sevier is not merely a cultural policy wonk, he cultivates culture through musical art projects, believing that politics is downstream from culture, as much as it is downstream from the law. Plaintiff Sevier is the vocalist and writer of Waves_On_Waves. http://www.wavesonwaves.com/.

Because of his efforts to stop government officials like the Defendants - from forcing our government to crawl into bed with the LGBTQ cult, he has faced reprisal from every angle in the government and private sector imaginable.  In fact, his opposition to Drag Queen Story Time at the public library and the Equality Act caused the record company AnjunaBeats, a record company based in the United Kingdom, to launch a religious reprisal campaign to shelve the

47. Pastor Rich Penkoski is the founder of the Warriors For Christ DC Chapter. Pastor Penkoski and his family have been viciously persecuted, stalked, harangued because they believe that the government should disentangle itself with the LGBTQ cult and because he preaches what the Bible says about homosexual practices and orthodoxy. Decl. Pastor Penkoski ¶¶ 1-34. Pastor Penkoski might be one of the most censored people online in the country for merely expressing his religious beliefs and because the government's endorsement of secular humanism has conveyed to private businesses that censorship is welcome and permissible.

**B. The Defendants**

48.  Defendant Joe Biden is sued in his official capacity as President of the United States. His principal address is 1600 Pennsylvania Avenue, N.W Washington DC 20500. He has been calling for the unconstitutional Equality Act to "come to his desk" so that he can enact the measure into law. [38] He is threatening to sign the bill into law if it makes it out of the Democrat-controlled Senate. He has assigned Vice President Harris to see to it that the bill is passed out of the Senate in response to state legislation that the Plaintiffs have had a hand in creating and passing.[39]   He should be enjoined from signing the Equality Act and from promoting it and endorsing it by order of this Court.

49. Defendant Jeff Merkley is sued in his official capacity as a Senator. He is the prime sponsor of the Equality Act in the Senate. As the bill's author, he has the procedural authority to pull the unconstitutional bill if ordered to do so by this Court.

50. Defendant Charles Schumer is the Senate Majority Leader. He has the authority and the duty pursuant to Clause 3 of Article VI to not allow the bill to be presented on the Senate

---

recordings that Plaintiff Sevier had release with them in collaboration with the recording artist Grum, to recall products from the stores, and to maliciously interfere with a litany of Plaintiff Sevier's business dealings with third parties to include record companies like Abora Recordings, which is domiciled in the District of Columbia, to the extreme financial determinant of the Plaintiff. The government's entanglement with the LGBTQ cult through non-secular policy intiatives, like the Equality Act, which serve as the superseding cause of the injury.  Plaintiff Sevier, Quinlan, and Pastor Penkoski are still attempting to get Born Again Healthcare, www.bornagainhealthcare.com, which will provide services to gender confused minors and adults off the ground, but are prohibitted from doing so until this case and *Quinlan v. HHS*, 1:20-cv-02261-TNM (D.D.C. 2020) is resolved. The uncertainty of the law is causing irreparable injury that only this court can cure.

[38]https://www.shrm.org/resourcesandtools/hr-topics/behavioral-competencies/global-and-cultural-effectiveness/pages/president-biden-calls-for-passage-of-equality-act-.aspx

[39] https://twitter.com/kamalaharris/status/1499556483272519680

floor. He has the procedural authority to not present the bill to the Senate floor if enjoined by this Court. He is currently promising to present the Equality Act to the Senate floor if it makes it out of the Senate Judiciary Committee.

51. Defendant David Cicilline is the prime sponsor of the Equality Act in the House. He has a duty pursuant to Clause 3 of Article VI to stop the bill from moving forward in the Senate due the Constitutional defects of the measure which he unlawfully introduced. The Court could find that Defendant Cicilline violated his oath of office by prime sponsoring the Equality Act in the House. He should be ordered to take steps to rescind the bill that he authored.

52. Defendant Richard J. Durbin is the Chairman of the Senate Judiciary Committee. The unconstitutional Equality Act has been assigned to his committee. As the Chairman of the Senate Judiciary Committee, he has the procedural authority to not allow the bill to come forward in view of its insurmountable constitutional defects if so ordered by this Court.

53. Defendant Nancy Pelosi is the Speaker of House. She co-sponsored the Equality Act and allowed it to pass out of the House. The court can declare that she violated her Clause 3 Article VI oath of office by presenting the bill on the floor of the House and for co-sponsoring the measure. She could be ordered to take steps to cure the constitutional misconduct that she orchestrated through her bad leadership. Defendant Pelosi serves as the poster child for why the states should convene to impose term limits on members of Congress through a constitutional amendment.

## THE EQUALITY ACT FACTS

https://www.youtube.com/watch?v=_ybjERAWAMw

54. On February 18, 2021, Defendant Cicilline introduced the Equality Act in the 117th Congress. The House passed the act on February 25, 2021. Defendant Pelosi presented the unconstitutional bill to the floor of the House. The bill then moved on to the Senate for consideration. Defendant Merkley is the prime sponsor and author of the bill in the Senate, and the bill is assigned to Defendant Durbin's committee. Leader Schumer is a co-sponsor of the bill and its greatest cheerleader, next to Defendant Biden who is constantly promoting the measure even in the face of potential World War III with Russia.

55. The Equality Act is a bill in the United States Congress, that threatens to amend the Civil Rights Act of 1964 (including titles II, III, IV, VI, VII, and IX) to prohibit discrimination on the basis of non-secular sexual orientation orthodoxy and gender identity ideology in employment, housing, public accommodations, education, federally funded programs, credit, and jury service [40] in a manner that elevates licentious secular humanism as advocated by the LGBTQ cult as the sovereign and supreme religion of the Nation in a manner that obviously violates the Establishment Clause, Free Speech Clause, and Free Exercise Clause of the First Amendment of the United States Constitution egregiously.

56. Under the Equality Act, "disagreement" is "discrimination." For a person to disagree with the merits of the controversial LGBTQ cult's core doctrine and practices is actionable discrimination under a range of federal statutes. The bill is literally the mirror opposite of the School Establishment Clause Act (SECA) by Rep. Garber of Kansas, (https://www.dropbox.com/s/40vf5vm65dwy5sk/Kansas%20School%20Establishment%20Claus e%20Act%20%28SECA%29%20OFFICIAL.pdf?dl=0), and the Establishment Act introduced by state Rep. Jones of North Dakota HB 1476: https://legiscan.com/ND/bill/1476/2021. To better understand the Establishment Act and why all 50 states and the federal congress must enact it to reverse constitutional breakdown, watch this video: https://www.youtube.com/watch?v=UPMlrzJ071o

57. The Equality Act affirms the legal legitimacy of non-secular homosexual marriage, [41] men competing in women's sports out of respect for their non-secular self-asserted sex-based identity narrative, and mandating that doctors perform procedures like gender reassignment surgery that go against their conscience in violation of the Establishment Clause of the First Amendment of the United States Constitution.

---

[40] In legislative finding (19) the Equality Act reads, "there is, however, an unfortunate and long-documented history in the United States of attorneys discriminating against LGBTQ individuals, or those perceived to be LGBTQ, in jury selection." This finding is unconscionable. During voir dire, counsel for both the defense and plaintiff select jurors based on a range of considerations to include their core identity and fundamental religious beliefs. The Defendants bill not only constitutes a form of unlawful obstruction of justice and jury tampering, it also is clearly crafted to show respect and favoritism of the religion of secular humanism over non-religion and over all other religions in violation of the Establishment Clause of the First Amendment of the United States Constitution.

[41] The only form of marriage that the US Constitution permits the state and federal governmetn

58.   The Equality Act threatens to strip Americans, like the Plaintiffs, who are Christ-followers, who believe the Bible's position on LGBTQ ideology practices and ideology that it is immensely immoral, of their fundamental civil rights under the First Amendment.

59.   By redefining sex discrimination under subsection (a) and subsection (b) of section 1101,[42] the measure provides for abortion on demand at the taxpayers expense in a manner that (1) is the mirror opposite of the Life Appropriation Act or Fund All Life Establishment Clause Act (FALECA) authored by some of the Plaintiffs and in a manner that (2)  violates the Establishment Clause of the First Amendment for failing prongs I and III of *Lemon*. What the Defendants fail to understand is that the underlying legal basis for the Hyde Amendment is the Establishment Clause of the First Amendment.  Even if the Equality Act had the surreptitious effect of repealing the Hyde Amendment, the Equality Act cannot repeal the Esablishment Clause of the First Amendment, and the Establishment Clause preempts the Equality Act in all respects. For the government to give public funds to convenience abortion providers constitutes government action that fails prongs I and III of the *Lemon* test for the same reason the government cannot award public funds to the little sisters of the poor. [43] Awarding public funds in the manner complained of constitutes excessive entanglement with a religion.

60.   The Equality Act removes conscience protections for doctors and nurses and outright bans conversion therapy, imposing undue restrictions on speech that fail all three levels of scrutiny from every angle. The enactment of the measure would decimate the livelihoods of Plaintiffs and millions others who are similarly situatuted and could result in incredible suffering and escalate into violent conflict throughout the country.

61.   The measure would require men and women to share bathrooms in schools and public places in a manner that is not only self-evidently in total opposition of common sense and safety but as a ploy to force all Americans to acknowledge that all of America is under the thumb of a secular humanist theocracy.

---

[42] Section 1101(b) of the Equality Act states that (1) (with respect to sex) pregnancy, childbirth, or a related medical condition shall not receive less favorable treatment than other physical conditions"

[43]To understand the Life Appropriation Act and how the Establishment Clause is the underlying basis for the Hyde Amendment see this video of a hearing in the Rhode Island (Defendant Cicilline's home state) finance committee:
https://www.youtube.com/watch?v=wVDrnFTwJJo&t=377s

62. As authors or advocates of legislative measures like the "Save Our Children Act (SOCA)" and the "Fight Exploitation Funding Act (FEFA)," the Plaintiffs can attest first hand that the Equality Act normalizes false permission-giving beliefs about sex and will set up minors to be groomed and sexually exploited with more frequency to the sinister delight of the Defendants, who have an emotional problem with reality.

63. Under the Equality Act, Christian beliefs, held and promoted by the Plaintiffs, are unlawful. The law would prohibit the Plaintiffs and churches from requiring their employees to abide by Biblical beliefs about marriage and the differences between men and women. The act prohibits the Plaintiffs from imposing dress codes on their employees that align with their economic and personal objectives.

64.  The Equality Act makes a mockery of the notion that tolerance must be a two-way street, treating people of the Christian faith, like the Plaintiffs, as second-class citizens, non-humans, and villains. The Equality Act assumes that ex-gays, like Plaintiffs Mehl, Quinlan, PIckup, and Black simply do not exist and are, therefore, not entitled to any civil rights whatsoever. Accordingly, the legal principle in *Romer* applies more to ex-gay Americans than to self-identified homosexuals because pro-LGBTQ laws deny ex-gays of their very existence.  See *Romer v. Evans,* 517 U.S. 620, 634-35 (1996) (citing *Dep't of Agr. v. Moreno*, 413 U.S. 528, 534 (1973)) ("[I]f the constitutional conception of 'equal protection of the laws' means anything, it must at the very least mean that a bare. . . desire to harm a politically unpopular group cannot constitute a legitimate governmental interest.").

## VI.  PROPOSED COMMON GROUND SOLUTION AFFORDED BY THE FREE EXERCISE CLAUSE.

65. **Significance Of Discrimination On The Basis Of Religion For Self-Identified Homosexuals:**

Before inevitably being utterly slandered as "bigots" by the liberal media for filing this lawsuit, despite the fact that the Plaintiffs positions are based on secular biology and controlling constitutional prescriptions, the Plaintiffs believe it is necessary and important to point out some common ground that they have with the Defendants and the solution they seek legislatively. The Plaintiffs are only motivated by what the Constitution allows, just as this Court is required to be. Accordingly, the Plaintiffs stipulate that some of the aims of the Equality Act are not invalid, but

the Equality Act goes about trying to achieve certain results in the wrong way and under an inapplicable part of the United States Constitution through misdirection,  namely by way of the Fourteenth Amendment's Equal Protection and Substantive Due Process Clauses. Already built into titles II, III, IV, VI, VII, and IX are the prohibition of discrimination on the basis of "religion." The Plaintiffs have argued ad nauseam that there are no such things as "homosexuals" but that there are only some people who self-identify as "homosexual" for some period of time, as they are permitted to do so under the Free Exercise Clause of the First Amendment. See Decl. Alliance of Black and White Ex-Gays and Ex-Trans. ¶ 7 and see the Decl. of Multi-Racial Pastors ¶¶ 1-11.  Additionally, the Plaintiffs have relentlessly argued in a wide range of government venues that secular humanism is a "religion" that LGBTQ ideology is inseparately linked to.  See Decl. Alliance of Black and White Ex-Gays and Ex-Trans. ¶ 7; Decl. Pickup ¶¶ 1-10; Decl. Black ¶¶ 1 - 10; Decl. Mehl ¶¶ 1-10; Decl. Quinlan ¶¶ 1-41. Consequently, this means that the same religious protections that are built into federal statutes, like titles II, III, IV, VI, VII, and IX, that exist for Christians who may face discrimination on the basis of their religious beliefs exist for LGBTQ secular humanists who may be discriminated against for their non-secular beliefs as well. However, there are some exceptions because the Supreme Court has established that the Free Exercise Clause is not absolute in cases like *Reynolds v. United States*, 98 U.S. 145 (1879).

66.  A self-identified homosexual or transgender who believes that they are being discriminated against in employment, credit, or housing in a neutral arena, for example, that is connected with the government could have a colorable cause of action under title  II, III, IV, VI, VII, and IX for discrimination on the basis of "religion" that exists now, just as the Christians do. The Defendants know or should know that and their attempt to enact the Equality Act to add protections against discrimination that already exists demonstrates that their decision to do so amounts to a non-secular sham that lacks a primary secular purpose that violates prong I of *Lemon*. The Defendants have an ulterior agenda to establish the narrow and exclusive religion that they favor as the official religion of the country for personal gain.  The Defendants have forgotten that the Pilgrims left England and came to America to escape being told how to practice their religion by the government.

67.  **Alternative Proposed Language For The Equality Act That The Plaintiffs Would Not Object To:**

The Plaintiffs would not object if the Equality Act was gutted and amended with the following proposed legislative language:

(a)  Pursuant to the Free Exercise Clause of the First Amendment of the United States Constitution, a government actor that is subject to complying with titles II, III, IV, VI, VII, and IX of the Civil Rights Act shall not discriminate against any person for believing in or for failing to believe in the plausibility of non-secular self-asserted sex-based identity narratives, sexual orientation orthodoxy, or gender identity ideology.

(b)  A person who experiences discrimination by a government as described in subsection (a) of this section will have standing in civil court to file suit in the court of competent jurisdiction where they can seek:

> (1)  injunctive relief;
>
> (2)  declaratory relief;
>
> (3)  attorney fees and costs;
>
> (4)  actual damages; and
>
> (5)  other forms of relief.

(c)  It shall be an absolute and affirmative defense in a civil action brought under subsection (a) of this section that the defendant acting in compliance with the Establishment Clause of the First Amendment of the United States Constitution or other existing state and federal laws in undertaking the challenged action.

68. If the Defendants wanted to introduce a bill like that and call it the Equality Act, the Plaintiffs would not oppose it.

69.  **The Free Exercise Clause Is Not Absolute:**

One thing that the Defendants do not understand is that protections from religious practices under the Free Exercise Clause of the First Amendment of the United States Constitution are not absolute. See *Reynolds v. United States*, 98 U.S. 145 (1879).   So while belief in LGBTQ doctrine is protected, LGBTQ practices can be completely regulated and even banned, especially by the states, for the same reason polygamy remains illegal in every state. *Id.* States are permitted to heavily regulate a religious practice if it (1) promotes licentiousness or (2) is an attempt to justify practices that are inconsistent with the peace and safety of the public. LGBTQ practices unequivocally promote licentiousness eroding the government's compelling interest to uphold community standards of decency, and they attempt to justify practices that are

inconsistent with the peace and safety of the public by encouraging deviant sexual practices that are as self-evidently inconsistent with natural design as polygamy, pedophilia, and bestiality. As the court in *Schlegel v. United States*,416 F. 2d 1372 (Ct. Cl. 1969) stated, "any schoolboy knows that a homosexual act is immoral, indecent, lewd, and obscene. Adult persons are even more conscious that this is true." So while LGBTQ secular humanism is a religion, it is a disfavored religion that can be afforded only the same minimal protections that the KKK, BLM, the Nazi Party, the church of Satan, and the Manson Family receive because each one of those non-theistic cults that make up some denominational sects of the secular humanist religion promote licentiousness and endangers the public through practices that are self-evidently immoral to reasonable observers who are not desensitized and brainwashed by the unexamined assumption of the superiority of our cultural moment - like the Defendants are. Just because the Defendants are too blind or intellectually dishonest to admit that LGBTQ orthodoxy is religion does not mean that it does not. Ignorance of the law is no excuse, especially for these Defendants who are positions at the highest levels of government, and the Judiciary should hand down a blistering rebuke to deter the Democrat Party's relentless effort to entangle our government with secular humanist ideology. This is critically important because it will deter secular humanists from even running for office on a platform that seeks nothing more than converting America into a secular humanist theorocracy.

## V. FIRST CLAIM FOR RELIEF
### Violation of A U.S. Constitution, First Amendment, Establishment Clause

70. Plaintiffs repeat and incorporate by reference each allegation of the prior paragraphs as if fully set forth herein. The Establishment Clause of the First Amendment to the United States Constitution declares: "[the Government] shall make no law respecting an establishment of religion." U.S. Const. amend. I.. The Establishment Clause prohibits the government from favoring one religion over another, or religion over nonreligion. The Defendants are bound by the constitution to be neutral as towards religion, and yet they refuse to be by attempting to enact legislation that unequivocally lacks a primary secular purpose.

71. The United States Supreme Court has already found that secular humanism is a religion for purposes of the First Amendment of the United States Constitution.[44] According to the testimonies of ex-gays, ex-transvestites, medical experts, persecuted Christians, and licensed theologians, the concepts of "sexual orientation" and "gender identity," have nothing to do with "immutability" and "genetics", like race does.   Instead, "sexual orientation," "homosexuality," "transgenderism," "sexual orientation," and "gender identity" are orthodoxies, doctrines, ideologies, and dogmas that are inseparably linked to the religion of secular humanism, as

---

[44] The United States Supreme Court already found that Secular Humanism is a religion for the purposes of the First Amendment Establishment Clause in *Torcaso v. Watkins*, 367 U.S. 488, n. 11 (1961), stating "among religions in this country which do not teach what would generally be considered a belief in the existence of God are Buddhism, Taoism, Ethical Culture, Secular Humanism, and others. See *Washington Ethical Society v. District of Columbia,* 249 F.2d 127, 101 U.S. App. D.C. 371 (D.C. Cir 1957); *Fellowship of Humanity v. County of Alameda*, 153 Cal.App.2d 673, 315 P.2d 394 (1957); II Encyclopaedia of the Social Sciences 293; 4 Encyclopaedia Britannica (1957 ed.) 325-327; 21 id., at 797; Archer, Faiths Men Live By (2d ed. revised by Purinton), 120-138, 254-313; 1961 World Almanac 695, 712; Year Book of American Churches for 1961, at 29, 47."

See also - *School District of A Bington Township, Pa. v. Schempp,* 374 U.S. 203, 225 (1963)("[T]he State may not establish a "religion of secularism" in the sense of affirmatively opposing or showing hostility to religion, thus "preferring those who believe in no religion over those who do believe.")

See also - the decision in *United States v. Seeger,* 380 US 163, 166 (1965) defined religion as all sincere beliefs "based upon a power or being, or upon a faith, to which all else is subordinate or upon which all else is ultimately dependent." Thus, according to *Seeger,* "religion" includes atheists and agnostics, as well as adherents to traditional theism.  The logical conclusion from the Seeger decision is that "[a]bsolute vertical disbelief in the traditional sense - disbelief in God - is irrelevant" to First Amendment considerations. *Id.  See generally* Bowser, *Delimiting Religion in the Constitution: A Classification Problem,* 11 VAL. U.L. REV. 163 (1977); Boyan, *Defining Religion in Operational and Institutional Terms,* 116 U. PA. L. REv. 479 (1968); Clancy and Weiss, The Conscientious Objector Exemption: *Problems in Conceptual Clarity and Constitutional Considerations,* 17 ME.L. REV. 479 (1968); Clark, *Guidelines for the Free Exercise Clause,* 83 HARV. L. REV. 327 (1969); Killilea, *Standards for Expanding Freedom of Conscience,* 34 U. Prrr. L. REv. 531 (1973); Rabin, *When is a Religious Belief Religious: United States v. Seeger and the Scope of Free Exercise,* 51 CORNELL L.Q. 231 (1966); Comment, *Defining Religion: Of God, the Constitution and the* D.A.R., 32 U. CHI. L. REv. 533 (1965).

See also - in *Welsh v. United States*, 398 U.S. 333 (1970), the Supreme Court extended the *Seeger* rationale and held "that purely ethical and moral considerations were religious." The Supreme Court further blurred the distinction between religion and morality by holding that a sincere person may be denied an exemption only if his belief or belief system does "not rest upon and invade ethical or religious principles, but instead rests solely upon considerations of policy, pragmatism or expediency." *Id.* at 342-43.

advocated by the LGBTQ denominational cult. Id.[45] The Defendants have no argument against testimonies of these experts and witnesses and instead float emotional appeals and circular slogans like "love is love" and "love wins," which are nothing more than just shallow sentimentality that cannot be used as the legitimate basis of law.

72. By creating, introducing, promoting, favoring, endorsing, and threatening to enact the Equality Act, and while using the crisis in Ukraine as a distraction and smoke screen, the Defendants are guilty of manuevering to establish secular humanism as advocated by the LGBTQ cult as the dominant and supreme religion of the United States.  Russia correctly assumes that America is weaker than it would be otherwise because of our government's continuing decision to crawl into bed with the LGBTQ cult in a manner that constitutes excessive entanglement.  By even threatening to codify sexual orientation orthodoxy and gender identity ideology the Defendants are guilty of promoting religion through the organs of government in a manner that directly harms the Plaintiffs and all Americans. [46]

73. The mere introduction, promotion, endorsement, and threatened enactment of the Equality Act by the Defendants constitutes government action that fails all three prongs of the

---

[45] (See Decl. Alliance of Black and White Ex-Gays and Ex-Trans. ¶ 7; Decl. Pastor Penkoski ¶¶ 1-34; Decl. Lisa Boucher ¶¶ 1-10; Decl. Christian Resistance ¶¶ 1-21; Decl. Dr. Cretella ¶¶ 1-20; Decl. Dr. King ¶¶ 1-20)

[46] The Establishment Clause permits the government to provide religious accommodations or exemptions from generally applicable laws only if, among other requirements, the accommodation (1) lifts a substantial, government-imposed burden on the exercise of religion, and (2) does not shift substantial costs or burdens onto a discrete class of third parties, without regard for the third parties' interests. In other words, the government may "accommodate" religion in accordance with the Free Exercise Clause, but it may not "promote" religion.  Any policy or statute - including the ones at issue here - that recognize or respect "sexual orientation" orthodoxy or "gender identity" ideology:

    (A)    have the primary purpose and effect of favoring, preferring, and endorsing Secular Humanism religious beliefs and the LGBTQ denominations over others and over nonreligion;

    (B)    have the primary purpose and effect of preferring the religious beliefs of [the LGBTQ denomination and institutions over the lives and rights and interests of third parties - to include the Plaintiffs;

    (C)    impermissibly entangle government with the religion of Secular Humanism as advocated by the LGBTQ cult;

    (D)    coercively force all taxpayers to include non-observers of the religion of LGBTQ secular humanism bear the costs of promoting a religious worldview that they believe is completely immoral and harms the Free Exercise rights for

non-observers of the licentious secular humanism religion to oppose its demented ideology;

*Lemon* Test by constituting a non-secular sham that lacks a secular purpose, by cultivating an indefensible legal weapon against non-observers of the religion of secular humanism, and by excessively entangling the government with the religion of secular humanism, as advocated by the LGBTQ cult.[47]

74.   The Plaintiffs - and millions of other Americans - believe that LGBTQ ideology and practices are self-evidently "immoral, indecent, lewd, and obscene." See *Schlegel v. United States,*416 F. 2d 1372 (Ct. Cl. 1969). It follows that the Plaintiffs and other Americans also believe that to enable acts of "immorality" is itself an act of "immorality." Therefore, the Defendants are in violation of the Establishment Clause by creating, introducing, promoting, endorsing, and threatening to enact the Equality Act because such government action coercively causes the Plaintiffs and other Americans to violate their own conscience by the simple act of paying taxes. It is an evil that the Establishment Clause was designed to prohibit.

## VII. SECTION CLAIM FOR RELIEF

---

[47] To pass muster under the Establishment Clause, a practice must satisfy the *Lemon* test, pursuant to which it must: (1) have a valid secular purpose; (2) not have the effect of advancing, endorsing, or inhibiting religion; and (3) not foster excessive entanglement with religion. Id. at 592 (citing *Lemon v. Kurtzman*, 403 U.S. 602 (1971)). It is important to understand that government action "violates the Establishment Clause if it fails to satisfy any of these prongs." *Edwards v. Aguillard*, 482 U.S. 578, 583 (1987); *Agostini v. Felton*, 521 U.S. 203, 218 (1997). The evidence shows that Defendants' decision to merely introduce the Equality Act fails all three prongs of the *Lemon* Test. At the core of the "Establishment Clause is the requirement that a government justify in secular terms its purpose for engaging in activities which may appear to endorse the beliefs of a particular religion." *ACLU v. Rabun Cnty. Chamberof Commerce, Inc.,*698 F. 2d 1098, 1111 (11th Cir.1983). This secular purpose must be the "pre-eminent" and "primary" force driving the government's action, and "has to be genuine, not a sham, and not merely secondary to a religious objective." *McCreary Cnty, Ky. v. ACLU of Ky.,* 545 U.S. 844 (2005). Under this second prong of the *Lemon* test, courts ask, "irrespective of the . . . stated purpose, whether [the state action] . . has the primary effect of conveying a message that the [government] is advancing or inhibiting religion." *Indiana Civil Liberties Union v. O'Bannon,* 259 F.3d 766, 771 (7th Cir. 2001). The "effect prong asks whether, irrespective of government's actual purpose," *Wallace v. Jaffree,* 4 72 U.S. 38, 56 n.42 (1985), the "symbolic union of church and state...is sufficiently likely to be perceived by adherents of the controlling denominations as an endorsement, and by the nonadherents as a disapproval, of their individual religious choices." *School Dist. v. Ball*, 473 U.S. 373, 390 (1985); *see also Larkin v. Grendel's Den*, 459 U.S. 116, 126-27 (1982)(even the "mere appearance" of religious endorsement is prohibited). The Defendants creation, introduction, endorsement, and promotion of the Equality Act - alone - amounts to the cultivation of a "legal weapon that no [Christian or non-observer of Secular Humanism] can obtain." *City of Boerne v. Flores,* 521 U.S. 507 (1997).

**Violation of U.S. Constitution, First Amendment, Free Speech**

75. Plaintiffs repeat and incorporate by reference each allegation of the prior paragraphs as if fully set forth herein.  The Free Speech Clause of the First Amendment to the United States Constitution declares: "[The government] shall make no law . . . abridging the freedom of speech." U.S. Const. amend. I..  The free speech clause prohibits the government from "chilling" a person's right to free expression.

76. The Plaintiffs engage in pastoral care and/or therapeutic services for countless people who want to leave the LGBTQ secular humanist cult and convert to Christianity.  The Plaintiffs make a living off of providing such care and services, and for advocating the right to oppose the LGBTQ cult's destructive and irrational truth claims.

77.  The Defendants' decision to create, introduce, promote, endorse, and threaten to enact the Equality Act has had and will continue to have a chilling effect on the speech of the Plaintiffs and the thousands of individuals who come to them seeking to convert from the LGBTQ licentious religion to Christianity, the religion that the Defendants have an emotional problem with.  Thousands of individuals seek to employ the Plaintiffs to help them heal from the trauma of having been seduced and brainwashed by the licentious LGBTQ cult.

78. The Plaintiffs suffer direct economic harm by the Defendants' political misconduct, and yet,  the people who would otherwise come to them for pastoral or therapeutic services suffer extreme even more mental injury and may even be more likely to commit suicide for not receiving adequate care due to the trauma they have experienced after being seduced to join the licentious LGBTQ cult, which dehumanizes, depersonalizes, desensitizes, and destroys.

## VIII. THIRD CLAIM FOR RELIEF
### Violation of U.S. Constitution, First Amendment, Free Exercise Clause

79.  The Free Exercise clause of the FIrst Amendment of the United States Constitution states that the government "shall make no law...prohibiting the free exercise [of religion]. See U.S. Const. Amend. I.

80.  While acting under color of law in introducing, favoring, promoting, endorsing, and threatening to enact the Equality Act, the Defendants had the effect and continue to have the effect of depriving Plaintiffs of rights secured by the Constitution and laws of the United States, specifically the Free Exercise Clause of the First Amendment of the United States Constitution.

The Plaintiffs are Christ-followers. They see the world through the lens of the Bible. The Bible frames homosexuality as "sin" that is subversive to human flourishing, and the Plaintiffs are commanded to oppose sin, better their communities, and to oppose lies that cause suffering.

81.  The Defendants' act introducing, promoting, endorsing, and threatening to enact the Equality Act intentional, malicious, willful, wanton, obdurate, and in gross and reckless disregard of Plaintiffs constitutional rights.

## IX.  DECLARATORY JUDGMENT

82. **Declaration Of Clause 3 Article VI Oath To Uphold The Constitution.**

Plaintiffs re-allege and re-aver all of the allegations contained in the previous paragraphs. Regardless of political affiliation, all members of the general assembly and all executive and judicial officers, which includes the Defendants, are bound by oath to put their own political and religious beliefs aside and to comply with their duty to honor their oath of office pursuant to clause 3 of article VI to uphold the United States Constitution and to, therefore, immediately stop creating, endorsing, respecting, enacting, and enforcing policies, like the Equality Act, that promote the plausibility of non-secular self-asserted sex-based identity narratives, sexual orientation orthodoxy, or gender identity ideology because all of those policies violate the Establishment Clause of the First Amendment of the United States Constitution by failing all three prongs of the *Lemon* test established by the United States Supreme Court in *Lemon v. Kurtzman*, 403 U.S. 602 (1971) for:

(A)  constituting non-secular shams that lack a primary secular purpose;

(B)  cultivating indefensible legal weapons against non-observers of the religion of secular humanism; and

(C)  serving to excessively entangle the government with the religion of secular humanism.

Because the Defendants created, endorsed, introduced, and seek to enact and enforce the Equality Act at the taxpayer's expense, the Plaintiffs are asking that the Court find and declare that the Defendants violated their clause 3 article VI oath of office, or alternatively, that the Defendants lack the character and fitness to serve in office for failing to know the objective differences between:

(A) secular and non-secular,

(B) real and fake, and

(C) moral and immoral.

Either way, the Plaintiffs are asking the Court to declare that the Defendants violated their oath of office by creating, introducing, promoting, favoring, endorsing, and threatening to enact the Equality Act in a manner that foreseeably injured the Plaintiffs and other non-observers of secular humanism, and will continue to do so until this legal charade to categorize self-identified homosexuals as a people group is permanently burned to the ground.

83. **Declaration Whether America Is A Secular Humanist Nation Or A Christian Nation Or Something Else.**

The ultimate question raised by this controversy is whether America is a "secular humanist nation" or a "Christian nation." Justice Kennedy himself attempted to enshrine the modern cultural mindset of secular humanism into law by judicial fiat in *Planned Parenthood v. Casey*, 505 U.S. (1992) when he declared that "at the heart of liberty is the right to define one's own concept of existence, of meaning, of the universe." In making this statement in a majority opinion, Justice Kennedy set out to establish that America was a secular humanist theocracy, and not a Christian Nation, as the Supreme Court directly found in *Church of the Holy Trinity v. United States*, 143 U.S. 457 (1892). Justice Kennedy's fundamental secular humanist principle is exactly the same as Hitler's. In fact, Kennedy's faith-based principle can be boiled down to "to each his own," which in German translates to "Jedem das Seine," which is exactly what the sign hanging over the entrance of Buchenwald concentration camp read. So America is certainly not a Nazi-like secular humanist nation as Justice Kennedy and the Defendants wish in their fever dreams, but the Plaintiffs stipulate that America is not officially a Christian nation either. The answer is this: America is unofficially a Christian nation insofar as the laws of the United States can parallel Christian principles but the government cannot mandate belief in Christianity. After all, Christianity is a relationship, not a religion, and mandating belief in Christianity by the government would promote the very legalism that Christ Himself was so adamantly opposed to. The Plaintiffs are asking this Court to make this official finding without appology through declaration to provide clarity in the law that American is unofficially a Christian Nation.

84. Plaintiffs are entitled to declaratory judgment pursuant to 28 U.S.C. § 2201 and in accordance with Federal Rules of Civil Procedure Rule 57, that:

(A)  Defendants' action to draft, introduce, favor, promote, endorse, and threaten to enact the Equality Act are in violation of the Establishment Clause, the Free Speech Clause, and the Free Exercise Clause of the First Amendment of the United States Constitution;

(B)  the Defendants violated their clause 3 article VI oath of office to uphold the United States Constitution by creating, introducing, promoting, favoring, respecting, endorsing, and threatening to enact the Equality Act;

(C)  the School Establishment Clause Act (SECA), which is the legal opposite of the Equality Act, and the Stop WOKE Act, as authored by the Plaintiffs, would survive judicial review if enacted by any of the 50 states;

(D)  LGBTQ ideology is inseparably linked to the religion of secular humanism;

(E) while LGBTQ secular humanism beliefs may be afforded some protections under the Free Exercise Clause of the First Amendment of the United States Constitution, it is a disfavored religion whose practices may be regulated and even outlawed because they (1) promote licentiousness and (2) are an attempt to justify practices that are inconsistent with the peace and safety of the government;

(F)  LGBTQ secular humanist ideology and practices erode community standards of decency and undermine a litany of compelling governmental interests; and

(G) America is unofficially a Christian Nation, not a secular humanism theorocracy, and that the state and federal laws can parallel the Christian principle principles but they cannot mandate belief in the plausibility of the free gift of Christianity.

## X.  INJUNCTIVE RELIEF

85.  Plaintiffs re-allege and re-aver all of the allegations contained in the previous paragraphs. Plaintiffs have suffered and will continue to suffer, immediate and irreparable harm if the Court does not serve as an immediate check on the Defendants, by tabling the Equality Act in perpetuity by injunction because the Defendants' action lack a primary secular purpose, cultivate an indefensible legal weapon against non-observers of LGBTQ secular humanism, excessively entangle the government with the licentious religion of LGBTQ secular humanism, chill the speech of the Plaintiffs and the individuals whom they provide pastoral and therapeutic care for, and require that the Plaintiffs violate their conscience.

86. Accordingly, temporary, preliminary, and permanent injunctive relief is hereby requested pursuant to Federal Rules of Civil Procedure, Rule 65 to stop the Equality Act from moving forward.

## XI. DAMAGES

87. Plaintiffs re-allege and re-aver all of the allegations contained in the previous paragraphs. As a result of the Defendants' violations of the Plaintiffs' constitutional rights, the Plaintiffs have suffered or shall suffer, damages, including mental anguish and emotional distress.

88. In the alternative, Plaintiffs request nominal damages for the violation of their constitutional rights. The Plaintiffs seek costs and reasonable attorney fees.

## XV. INJUNCTION ELEMENTS

_____89. Plaintiffs re-allege and re-aver all of the allegations contained in the previous paragraphs. In terms of a legal standard, there are four factors to obtain a preliminary/permanent injunction. [48]

---

[48] LEGAL STANDARD: A preliminary injunction is a stopgap measure to "preserve the relative positions of the parties" pending judicial review on the merits. *Univ. of Texas v. Camenisch*, 451 U.S. 390, 395 (1981). The Administrative Procedure Act ("APA") separately authorizes the Court to "postpone the effective date of an agency action" pending judicial review to "preserve status" and "prevent irreparable injury." 5 U.S.C. § 705. Section 705 "plainly and simply authorizes courts to stay agency rules pending judicial review." *District of Columbia v. U.S. Dep't of Agric.*, No. 20 Civ. 119, 2020 WL 1236657, at *34 (D.D.C. Mar. 13, 2020) (cleaned up).

A party seeking a preliminary injunction must "make a 'clear showing that four factors, taken together, warrant relief: likely success on the merits, likely irreparable harm in the absence of preliminary relief, a balance of the equities in its favor, and accord with the public interest.'" *Pursuing Am.'s Greatness v. FEC*, 831 F.3d 500, 505 (D.C. Cir. 2016) (quoting *Winter v. Natural Resources Def. Council*, 555 U.S. 7, 20 (2008)).

Although plaintiffs seeking a preliminary injunction "have the burden of demonstrating likelihood of success on the merits, they are not required to prove their case in full at the preliminary injunction stage, but only such portions that enable them to obtain the injunctive relief that they seek." *Jacinto-Castanon de Nolasco v. U.S. Imm. & Customs Enforcement*, 319 F. Supp. 3d 491, 499 (D.D.C. 2018). Similarly, where "multiple causes of action are alleged, plaintiff need only show likelihood of success on one claim to justify injunctive relief." *Kirwa v. U.S. Dep't of Defense*, 285 F. Supp. 3d 21, 35 (D.D.C. 2017) (cleaned up). Courts in this district routinely grant motions for preliminary injunctions upon a finding that plaintiffs are likely to prevail on at least one claim entitling them to injunctive relief. *See, e.g., Jubilant Draxlmage Inc. v. U.S. Int'l Trade Comm'n*, 396 F. Supp. 3d 113, 123 (D.D.C. 2019)*; FBME Bank Ltd. v. Lew*, 125 F. Supp. 3d 109, 118 (D.D.C. 2015).

## A.  IRREPARABLE HARM:

90.   Due to the Defendants' decision to draft, introduce, promote, favor, endorse, and threaten to enact the Equality Act, the Plaintiffs have and will suffer and will continue to suffer irreparable harm to their First Amendment constitutional rights as citizens who are being coerced into bowing down before the altar of secular humanism in a manner that causes them to (1) violate their conscience, (2) chill their speech, and (3) neglect the dire needs of individuals whom they provide pastor and therapeutic services for. See Decl. Alliance of Black and White Ex-Gays and Ex-Trans. ¶ 7; Decl. Pickup ¶¶ 1-10; Decl. Black ¶¶ 1 - 10; Decl. Mehl ¶¶ 1-10; Decl. Quinlan ¶¶ 1-41.   The Plaintiffs' injuries will be continuing and repeated each day the endorsement, promotion, and the threatened enactment hangs over their heads.  "The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Elrod v. Burns*, 427 U.S. 347, 373 (1976); see also, e.g., *Pacific Frontier v. Pleasant Grove City*, 414 F.3d 1221, 1235-36 (10th Cir. 2005) (noting presumption of irreparable harm where First Amendment rights are implicated). This applies to Establishment Clause cases where harm should be presumed.  *Ingebretsen v. Jackson Public School Distric*t, 88 F.3d 274 (5th Cir. 1996).  The court in *American Civil Liberties Union Foundation of Louisiana v. Crawford*, 2002 WL 461649 (E.D. La. 2002), the First Amendment presumption of irreparable harm encompasses the Establishment Clause claims. See *New Orleans Secular Humanist Ass'n, Inc. v. Bridges*, No. CIV.A. 04-3165, 2006 WL 1005008, at *5 (E.D. La. Apr. 17, 2006)(Irreparable harm is presumed Establishment Clause cases). "A plaintiff suffers irreparable injury when the court would be unable to grant an effective monetary remedy after a full trial because such damages would be inadequate or difficult to ascertain." *Dominion Video Satellite, Inc. v. EchoStar Satellite Corp.*, 269 F.3d 1149, 1156 (10th Cir. 2001).  Furthermore, "[w]hen an alleged constitutional right is involved, most courts hold that no further showing of irreparable injury is necessary." *Kikumura v. Hurley*, 242 F.3d 950, 963 (10th Cir. 2001).

## B.  NO ADEQUATE LEGAL REMEDY

91.   The Plaintiffs have no adequate remedy at law because legal relief cannot remedy the denial of the Plaintiffs' fundamental rights. Unless an injunction is issued by order of this Court, the Plaintiffs' constitutional rights will continue to be violated.  Absent injunctive relief, the Plaintiffs will continue to suffer irreparable harm as the plaintiffs in the following cases would have in the absence of an injunction: *Florida Businessmen for Free Enterprise v. City of*

*Hollywood*, 648 F.2d 956, 958 (5th Cir. Unit B Jun. 1981); *Let's Help Florida v. McCrarv*, 621 F.2d 195, 199 (50 Cir. 1980); *Deerfield Medical Center v. City of Deerfield Beach*, 661 F.2d 328, 338 (5th Cir. Unit B 1981); and *CS E v. Bryant I*, 64 F. Supp. 3d 906, 950 (S.D. Miss. 2015).

## C.  BALANCE OF HARM

92.   The balance of harm as to irreparable injury to the Plaintiffs in comparison to the "harm" to Defendants weighs in Plaintiffs' favor.  The threatened injury to the Plaintiffs in this matter far outweighs the threatened injury to the Defendants because constitutional rights are at stake.  When a law that government actors or voters wish to enact is likely unconstitutional, their interests do not outweigh those of the Plaintiffs' in having their constitutional rights protected. *Awad v. Ziriax*, 670 F.3d at 1132 citing *Coal. for Econ. Equity v. Wilson*, 122 F.3d 692, 699 (9th Cir. 1997).

93.   As authors of culture war legislation, the Plaintiffs can attest that bills are merely words on a piece of paper. The Plaintiffs are asking that the Defendants either sua sponte commit to withdrawing the Equality Act or that this Court issue a preliminary/permanent injunction that freezes the discriminatory Equality Act from moving forward.

## D.  PUBLIC INTEREST.

94.   There are seven reasons why it is in the best interest of the public for this Court to side with the Plaintiffs and issue the injunction. First, it is in the best interest of the public for the government to protect real civil rights, not pretend ones. Second, the public would benefit because an injunction could put a stop to the ongoing cultural civil war and prevent violent civil war. Third, restoring the integrity of the judiciary and the supremacy of the Constitution in a manner that does not offend Stare Decisis is in the best interest of the public. Fourth, issuing an injunction favors the public because it will serve to uphold community standards of decency that the LGBTQ cult threatens. Fifth, it is in the public interest that the court issue the injunction in a manner that restores the integrity of the race-base civil rights movement that the demented Democrat party has weakened through the fraudulent misuse of the Fourteenth Amendment. Sixth, it is in the public's best interest to keep pandora's box closed and avoid a devastating and escalating slippery slope problem. Seventh, the government's entanglement with the LGBTQ cult is weakening America from within and emboldening America's enemies overseas, who can see this plainly. In the Military, the government's endorsement of LGBTQ orthodoxy is

disruptive towards good order and discipline and has created a nightmare for command under Clause II of the Uniform Code of Military Justice (UCMJ).

95. **It Is In The Public's Best Interest For The Government To Protect Real Civil Rights, Not Pretend Ones:**

The government's excessive endorsement of secular humanism through the creation, introduction, endorsement, and promotion of the Equality Act has injured millions of Americans by trampling on their civil rights afforded under the First Amendment of the United States Constitution. "[I]t is always in the public interest to prevent the violation of a party's constitutional rights." *Awad v. Ziriax*, 670 F.3d at 1132 quoting *G & V Lounge, Inc. v. Mich. Liquor Control Comm'n*, 23 F.3d 1071, 1079 (6th Cir. 1994). ( "While the public has an interest in the will of the voters being carried out . . . the public has a more profound and long- term interest in upholding an individual's constitutional rights." Id.; see also *Cate v. Oldham*, 707 F.2d 1176, 1190 (10th Cir. 1983) (noting "[t]he strong public interest in protecting First Amendment values"). The public would benefit if the Equality Act was tabled for being the non-secular sham that the Defendants have always known it to be.

96. **Ending The Cultural Civil War And Avoiding Constitutional Collapse And Violent Civil War Is In The Public's Best Interest:**

There is no question that America is in the midst of a cultural civil war that the Defendants exploit and encourage for self-serving reasons in step with their guiding philosophy that the ends justify the means. While the mere creation, endorsement, and introduction of the Equality Act by the Defendants exacerbates the cultural civil war as an instrument of political opportunism, its enactment could easily cause the culture war to dissolve into violent civil war. There are millions of Americans who have been brainwashed themselves with licentious LGBTQ dogma and there are millions of American who are resolved to adamantly oppose LGBTQ practices and ideology no matter what the government decides and no matter the costs. [49] This

---

[49] The evidence is overwhelming that for devout secular humanists who are lodged in judicial, legislative, and executive branches to continue monkeying with the fourteenth amendment is an internal threat to national security interests. It is the precise kind of governmental mal practice that caused Justice Scalia to asserted "I call attention to this Court's threat to American Democracy" and for Justice Roberts to declare "Just who do we think we are" in their blistering dissents in *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015). Justice Thomas, Alito, Scalia, and Roberts correctly characterized the efforts of secular humanist activists in office to entangle the government with the licentious LGBTQ cult as an "egotistical....putsch." To restore the rule of law, the supremacy of the constutition, and community standards of decency, it is time that the

deepening the divide is not going to end well. The introduction and threatened enactment of the Equality Act deepens the divide and pours gasoline on the inflamed conflict. The government cannot be used to usurp natural law without immense blowback.

97. **Restoring The Integrity Of The Judiciary And The Supremacy Of The Constitution In A Manner That Does Not Violate Stare Decisis Principles Is In The Best Interest Of The Public:**

Granting the Plaintiffs' request for a preliminary and permanent injunction in this case balances in favor of the Plaintiffs in the public's interest because doing so will restore the integrity of the Judicial branch and the Supremacy of the United States Constitution, which the Defendants persistently threaten due to their refusal to admit that they are advocating the entanglement of our government with a dangerous religious worldview that defies common sense. If the Equality Act in its making, promotion, endorsement, and threatened enactment,

---

government finally come clean and admit that "homosexuality" is a matter of religion that is governed exclusively by the religious clauses of the first amendment and is not a matter that relates to immunitability under the equal protection clause or American tradition or heritage under the substantive due process clause of the fourteenth amendments. The Defendants twist the fourteenth Amendment as the legal basis for the Equality Act in ways that it was never intended to be used. Legislative findings nine and ten of the Equality Act state: "(9) Federal courts have widely recognized that, in enacting the Civil Rights Act of 1964, Congress validly invoked its powers under the Fourteenth Amendment to provide a full range of remedies in response to persistent, widespread, and pervasive discrimination by both private and government actors. (10) Discrimination by State and local governments on the basis of sexual orientation or gender identity in employment, housing, and public accommodations, and in programs and activities receiving Federal financial assistance, violates the Equal Protection Clause of the Fourteenth Amendment to the Constitution of the United States. In many circumstances, such discrimination also violates other constitutional rights such as those of liberty and privacy under the due process clause of the Fourteenth Amendment." The fourteenth amendment only applies to a situation if the matter involves immunitability and genetics (under the equal protection clause and the substantive due process clause only applies if the matter was something that relates to American tradition and heritage. Yet, sexual orientation orthodoxy and gender identity ideology have absolutely nothing to do with immunitability and genetics in view of the testimony of ex-gays like Plaintiffs Pickup, Black, Quinlan, and Mehl. See Decl. Pickup ¶¶ 1-10; Decl. Black ¶¶ 1 - 10; Decl. Mehl ¶¶ 1-10; Decl. Quinlan ¶¶ 1-41. And the history of homosexuality since the founding is that erodes community standards of decency by promoting licentiousness and that it attempts to justify practices that are inconsistent with the peace and safety of the public in the same way that polygamy, pedifilia, and beastility do. The history of homosexuality is that it was basically illegal until the United States Supreme Court in *Lawrence v. Texas*, 539 U.S. 558, 578 (2003) overruled *Bowers v. Hardwick*, 478 U.S. 186 (1986); in an action where the court lacked subject matter jurisdiction because the Fourteenth Amendment does not apply to LGBTQ matters.

violates the Establishment Clause of the First Amendment - and it does - this implies that the decisions in *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015), *United States v. Windsor,* 133 S. Ct. 2675 (2013), and *Bostock v. Clayton Cnty. Bd. of Commissioners*, 139 S.Ct. 1599 (2019) are completely invalid when it comes to precedent.  This case presents an opportunity for the Article III branch to come clean, and admit that the prior decisions were erroneous and decided under the wrong constitutional prescription.[50] This case should be to *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015),  *United States v. Windsor,* 133 S. Ct. 2675 (2013), and *Bostock v. Clayton Cnty. Bd. of Commissioners*, 139 S.Ct. 1599 (2019) what *Brown v. Board of Education of Topeka*, 347 U.S. 483 (1954) was to *Plessy v. Ferguson*, 163 U.S. 537 (1896). *Obergefell, Windsor,* and *Bostock* should be relegated to the trash heap of judicial history just like *Dred Scott v. Sandford*, 60 U.S. 393 (1857) for being based on the exact same fraudulent and absurd legal framework. While the left has drawn the battlefield for the LGBTQ fight under the Fourteenth Amendment through dishonest emotional appeals, the Plaintiffs drag the LGBTQ debate to the battlefield where it has always belonged, placing it within the confines of the First Amendment Establishment and Free Exercise Clauses as logic, reason, and the evidence demands.

98.   The Supreme Court in *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015) and *Bostock v. Clayton Cnty. Bd. of Commissioners*, 139 S.Ct. 1599 (2019) misapplied the Fourteenth Amendment through an unprincipled ploy, and issued decisions that were based solely on a series of emotional appeals as a way to get around the Establishment Clause of the First Amendment of the United States Constitution.

99.   The United States Supreme Court held in *Seminole Tribe of Fla. v. South*

---

[50] In the wake of *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015),  *United States v. Windsor,* 133 S. Ct. 2675 (2013), and *Bostock v. Clayton Cnty. Bd. of Commissioners*, 139 S.Ct. 1599 (2019), there has not been the promised equality, tolerance, and unity, but instead, there has been division, domination by secular humanists, the dangerous proliferation of moral superiority complexes by moral relativists, cancel culture, the erosion of the integrity of the legal basis supporting the race-based civil rights movement which is objectively based on immutability, increased sexual exploitation and licentiousness, the proliferation of sexual confusion amongst minors, and the marginalization and even violent oppression of non-observers of the religion of secular humanism, demonstrating that those decisions amount to some of the greatest non-secular shams since the inception of American jurisprudence. Not only have the Plaintiffs suffered immensely as the result of the unprincipled ploy of secular humanist government officials to entangle our government with their licentious religion, so have millions of Americans in the general public.

*Carolina*, 517 U.S. 44 (1996) and in *St. Joseph Stock Yards Co. v. United States*, 298 U.S. 38 (1936) that "Stare Decisis is at its weakest when the Supreme Court interprets the constitution because its decisions can be altered only by constitutional amendment or by overruling prior decisions."

101.  *Obergefell v. Hodges,*135 S.Ct. 2584 (2015), *United States v. Windsor,* 133 S. Ct. 2675 (2013), and *Bostock v. Clayton Cnty. Bd. of Commissioners*, 139 S.Ct. 1599 (2019) merely involved Constitutional interpretation which means that Stare Decisis is at its weakest involving those decisions.

101.  The United States Supreme Court in *Cooper Industries, Inc. v. Aviall Services*, Inc. 543 U.S. 157 (2004) stated that "[Constitutional] questions which merely lurk in the record, neither brought to [the] attention of the court nor ruled upon, are not to be considered as having been so decided as to constitute precedents"

102.  In *Bostock v. Clayton Cnty. Bd. of Commissioner*s, 139 S.Ct. 1599 (2019), *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015), and *United States v. Windsor,* 133 S. Ct. 2675 (2013), the controlling applicability of the Establishment Clause of the First Amendment of the United States Constitution regarding sexual orientation orthodoxy was "lurking in the shadows" of those cases but not decided upon by the Supreme Court, which means that Stare Decisis does not apply, and those cases are subjected to being overruled for being framed on the wrong constitutional narrative.  This Court is tasked with determining if the Establishment Clause balanced with the Free Exercise Clause of the First Amendment have exclusive and paramount jurisdiction over all matters that relate to the licentious LGBTQ cult. By framing these matters under the First Amendment, Stare Decisis does not save *Bostock, Windsor, and Obergefell* from being completely overruled.

103.  By enjoining the Defendants for creating, introducing, endorsing, favoring, promoting, and threatening to enact the Equality Act, the public will benefit because it will finally allow the Article III branch to come clean and admit that the court lacked subject matter jurisdiction to hear *Bostock v. Clayton Cnty. Bd. of Commissioner*s, 139 S.Ct. 1599 (2019), *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015) and *United States v. Windsor,* 133 S. Ct. 2675 (2013) in the first place because the Fourteenth and Fifth Amendments have absolutely nothing to do with matters that relate to non-secular self-asserted sex-based identity narratives, sexual orientation orthodoxy, and gender identity ideology - all of which are matters of religion that fall

within the exclusive jurisdiction of the Establishment Clause and Free Exercise Clauses of the First Amendment of the United States Constitution.

104. **Issuing An Injunction Favors The Public Because It Will Serve To Uphold Community Standards Of Decency**:

The United States Supreme Court has repeatedly held that the state governments have a compelling interest to uphold community standards of decency, to discourage licentiousness, and to enact policies that stop attempts to justify practices that are inconsistent with the peace and safety of the state, as underscored by the state's inherent police powers in the Tenth Amendment of the United States Constitution.

105. The United States Supreme Court found in *Ginsberg v. New York*, 390 U.S. 629 (1968) and *Mishkin v. State of New York*, 383 U.S. 502 (1966) that "to simply adjust the definition of obscenity to social realities has always failed to be persuasive before the courts of the United States", and such adjustments brought on by the Defendants' political and constitutional mal practice in introducing the and promoting the Equality Act should fail to be persuasive to this Court.

106. Courts, in cases like *Schlegel v. United States*,416 F. 2d 1372 (Ct. Cl. 1969), have held as a matter of self-evident observation that "any schoolboy knows that a homosexual act is immoral, indecent, lewd, and obscene. Adult persons are even more conscious that this is true." The Defendants are "adults" so according to the judicial branch, they should know "this is true" no matter how much they have allowed themselves to be brainwashed by Lady Gaga and the philosophers at MTV. Just as no one has to tell us that rape and polygamy are immoral, the same applies to homosexual practices.

107. By granting the Plaintiffs' request for an injunction, the public will benefit because it will allow the states to regain power that was taken away from them through the misuse of the Fourteenth Amendment that caused the government to entangle itself with the LGBTQ cult wrongfully. While it is fair to say that many state legislatures are incredibly incompetent when it comes to Constitutional law, the paramount power belongs with the state legislature in keeping with the spirit of the Tenth Amendment of the United States Constitution, not with the federal government.

108.  Restoring community standards of decency will promote human flourishing and promote healthy forms of sexual conduct that accord with the natural, non-controversial, and self-evident human design.

109.  While individual Americans can make the unwise decision to be seduced into buying into the LGBTQ cult's core dogma if they want to as some of the Plaintiffs had in the past, the government certainly cannot do anything to promote or encourage citizens to join that licentious cult.

110. Sex is powerful and good. After all, God made it. Yet, healthy sex is all about context, and a government that actually loves and cares for its people will enact policies that encourage its citizens to channel their sexual energies in the confines of a committed relationship between one man and one woman.  Only a government that has contempt for its subjects would impose policies that encourage the channeling of sexual energy in a controversial manner in hopes of furthering the political aspirations of those in office.

111.  **It Is In The Public Interest That The Court Issue The Injunction In A Manner That Restores The Integrity Of The Race-Base Civil Rights Movement That The Democrat Party Has Weakened Through The Fraudulent Misuse Of The Fourteenth Amendment:**

The Defendants know or should know that to conflate the phony gay civil rights movement, which is not based on immutability and genetics, to the race-based civil rights plight, which is actually predicated on immutability and genetics, is an act of racial animus and racism in-kind that manages to be emotionally, racially, intellectually, and sexually exploitative.

112.  It is in the public's best interest to not allow the licentious LGBTQ cult and their Democrat patsies to molest the Civil Rights Act or the Fourteenth Amendment. The Fourteenth Amendment holds special significance for black Americans.   The text of the Fourteenth Amendment guarantees that "no state shall . . . deny to any person within its jurisdiction Equal Protection of the laws." U.S. Const., amend. XIV, § 1. When the Equal Protection clause became law in 1868, many black Americans were recently emancipated slaves.  Four years later in 1872, the Supreme Court suggested that race discrimination was "the evil [the Civil War Amendments] were designed to remedy," *Slaughter-House Cases*, 83 U.S. 36, 72 (1873) ("We do not say that no one else but the negro can share in [their] protection, but . . . in any fair and just construction of any section or phrase of these [Civil War] amendments, it is necessary to look to the purpose

which we have said was the pervading spirit of them all, the evil which they were designed to remedy."). It took nearly a century after the Civil War for the Supreme Court to enforce a modicum of what we now know as substantive equality. See *Brown v. Board of Educ.*, 347 U.S. 483 (1954).

113. Comparing the dilemmas of self-identified homosexuals and self-identified transvestites to the centuries of discrimination faced by Black Americans is a deceptive distortion of our country's culture and history. The disgraces in our nation's history pertaining to the civil rights of black Americans are unmatched. No other class of individuals, including individuals who are self-identify as homosexual, have ever been enslaved, or lawfully viewed not as human, but as property.[51]  Self-identified homosexuals have never lawfully been forced to attend different schools, walk on separate public sidewalks, sit at the back of the bus, drink out of separate drinking fountains, denied their right to assemble, or denied their voting rights. This is because there is no such thing as a "homosexual" in the strictest sense. There are only people who self-identify as homosexual for some period of time which the Free Exercise Clause of the First Amendment of the United States Constitution permits.

114. There is no such thing as "gay people." There are only some people who identify as homosexual for some period of time. President Lincoln was correct. All people are created equal. All men are created equally broken and in dire need of a savior. But our government is no savior. Our government is not a church. While all men are created equal, they do not all buy into the same influences or choose the same path in life. Hypothetically, if Defendant Pelosi were to suddenly snap upon realizing that most of the Democrat's party platform as it relates to the culture wars violates the Establishment Clause and murdered Defendant Schumer in the Senate Russell Building by attacking him with a baseball bat. At trial, for second-degree murder, Defendant Pelosi could not successfully argue "Your Honor, I was born this way. I was born with anger inside of me, and I merely acted upon those feelings, and therefore, I should be given special treatment under the law and exonerated." That defense would fail, and so it goes with those who act on homosexual or pedophilia feelings. They do not deserve special treatment under the law. The Defendants are merely pretending that self-identified homosexuals deserve

---

[51] *See, e.g.*, Stacy Swimp, *LGBT Comparison of Marriage Redefinition to Historical Black Civil Rights Struggles is Dishonest and Manufactured* (March 7, 2014), (http://stacyswimp.net/2014/03/07/lgbt-comparison-of-marriage-redefinition-to-historical-Black-civil-rights-struggles-is-dishonest-and- manufactured).

special rights and privileges at the disadvantage of those who condemn their conduct simply because it helps them advance their political interests. The fact that they have the audacity to proceed under the guise of equality in hopes of producing less of it should invoke the wrath of this Court.

115.   Article V of the Constitution exists for a reason, and that reason is to prevent such radical redefinition of our social contract by non-democratic means. A critical difference exists between interpreting and re-writing the Constitution, and the Defendants, like the LGBTQ plaintiffs in *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015), *United States v. Windsor,* 133 S. Ct. 2675 (2013), and *Bostock v. Clayton Cnty. Bd. of Commissioners*, 139 S.Ct. 1599 (2019), wanted that line crossed. As the Eight Circuit correctly held in *Citizens for Equal Protection v. Bruning*:

> In the nearly one hundred and fifty years since the Fourteenth Amendment was adopted, to our knowledge no Justice of the Supreme Court has suggested that a state statute or constitutional provision codifying the traditional definition of marriage violates the Equal Protection Clause or any other provision of the United States Constitution.
> 455 F.3d at 870.

This is because traditional marriage policies amount to secular policies because they are predicated on natural, neutral, and non-controversial self-evident truth, whereas all policies that attempt to advance any form of parody marriage, to include the Equality Act, constitute a non-secular sham that lacks a secular purpose and are designed to excessively entangle the government with the religion of secular humanism. Man-woman marriage is the only form of marriage that the United States Constitution will allow the state and federal government to recognize. [52]

---

[52] In the Establishment Act, the Plaintiffs define legally protected marriage as follows: "Secular marriage" means a legal union that represents an intended lifelong commitment between one person who was born a biological male and one person who was born a biological female as husband and wife, who are of equal but opposite genders, who become spouses of the opposite sex, and who have corresponding sexual anatomy that if coalesced have the actual or symbolic potential to create offspring who will likely have the input of the two spouses with whom they share the same genetic code and unbroken ancestral chain. A policy that respects or promotes this form of marriage constitutes a secular policy.

The Plaintiffs define legally unrecognizable marriage as follows: "Non-secular marriage" means any form of so-called marriage which does not involve a man and a woman and is inseparably linked to the religion of secular humanism. The term refers to so-called marriages between more than two people, persons of the same sex, a person and an animal, or a person and an object.

116.  We ask you to imagine yourself sitting on the bench hearing oral arguments in 1868, shortly after the Fourteenth Amendment was ratified.  The petitioners in *Obergefell v. Hodges,*135 S.Ct. 2584 (2015) and the Defendants in this come before you and present their argument: "The Fourteenth Amendment to the U.S. Constitution requires favored treatment of self-identified homosexuals to promote their narrow and exclusive faith-based ideology." Look around you. What is the panel and audience's reaction?  Is it nodding approval?

117.  If not, what has changed between then and now? There has been no further Constitutional Amendment, as Article V requires.  All that has changed is the attitude towards a licentious secular humanist cult that the Defendants are exploiting for self-serving purposes at expense of their Clause 3 Article VI oath of office and at the expense of the civil rights afforded to the Plaintiffs and millions of other Americans.

118.  **It Is In The Public's Best Interest To Keep Pandora's Box Closed And Avoid A Devastating And Escalating Slippery Slope Problem.**

Issuing an injunction is in the best interest of the public because it will keep Pandora's box closed and put a stop to the slippery slope problem which is an undeniable problem. See the MAPS movement - "minor-attracted persons."[53] There is no such thing as a "partial civil rights movement." For example, even the non-obvious groups that are part of a suspect class are entitled to full protection. Take "race" for example. Titles II, III, IV, VI, VII, and IX and the Fourteenth Amendment prohibit discrimination on the basis of "race." This means that the government cannot discriminate on the basis of race against any race to include a non-obvious racial group like "whites."  See *McDonald v. Santa Fe Trail Transp. Co.*, 427 U.S. 273, 27879, 96 S. Ct. 2574, 2578, 49 L. Ed. 2d 493 (1976).  Or just imagine if the Fourteenth Amendment and titles II, III, IV, VI, VII, and IX only prohibited the discrimination on the basis of race against the largest majority of a suspect class of race - "whites" - and the largest minority - "blacks"- but still allowed the government to discriminate against albinos, yellow Asians, tan Latinos, and red American Indians. That would be unthinkable from a legal and moral perspective. Either the government is prohibited from discriminating against on the basis of race against all races, or race cannot be a protected class. Because race is predicated on immutability

---

[53]https://www.theamericanconservative.com/dreher/allyn-walker-normalizing-pedophiles-minor-attracted-persons/

and genetics unlike sexual orientation, race is a legitimately protected class and all non-obvious races are protected for good reason.

119. If sexual orientation orthodoxy and gender identity ideology were enshrined and codified in titles II, III, IV, VI, VII, and IX, it would mean that all non-suspect classes of sexual orientation would deserve equal treatment under the law, not just self-identified homosexuals, self-identified transvestites, heterosexuals, or self-identified bi-sexuals. It would include non-obvious groups, like self-identified zoophiles, self-identified objectophiles, self-identified polygamists, and self-identified minor-attracted persons.

120. Take "marriage" for example. If the Equality Act were enacted, and then if legally recognized marriage was really an "individual right," "existing right," [54] and "fundamental right" [55] based on a "personal choice" [56] and an "intimate choice" [57] pursuant to the Fourteenth Amendment's Equal Protection and substantive due process clauses for self-identified homosexuals, then very obviously, legally recognized marriage must also be an "individual right," existing right," and "fundamental right" based on a "personal choice" and an "intimate choice" pursuant to the Fourteenth Amendment for self-identified zoophiles, self-identified objectophiles, self-identified polygamists, and self-identified minor-attracted persons. And if that is not true - and it is not - then the entire legal fiction that sexual orientation is a civil rights matter is a sham and fiction that lacks a primary secular purpose - which of course it always has been. Any reasonable observer can see that. So how must the government view "sexual orientation" if it is not a Fourteenth Amendment matter? The government must treat sexual orientation as a matter of religion that arises under the Free Exercise Clause and Establishment Clause of the First Amendment. It must treat the Equality Act, and all similar existing policies, as non-secular shams that are invalidated under and preempted by the Establishment Clause of the First Amendment of the United States Constitution. Every single policy that respects sexual orientation orthodoxy and gender identity ideology must be declared unconstitutional and invalidated immediately.

121. In an effort to safeguard the integrity of the Fourteenth Amendment, Chief Justice Roberts made a watertight slippery slope argument in his dissent in *Obergefell v. Hodges,*135

---

[54] *Loving v. Virginia*, 388 U.S. 1, 12 (1967) (existing right/individual right)
[55] *Zablocki v. Redhail*, 434 U.S. 374, 384 (1978) (fundamental right)
[56] *Cleveland Bd. of Educ. v. LaFleur*, 414 U.S. 632, 63940 (1974) (personal choice)
[57] *Lawrence v. Texas,* 539 U.S. 558 (2003) (intimate choice)

S.Ct. 2584 (2015) that if the government was required to legally recognize man-man marriage and woman-woman marriage, then the government must also be mandated to recognize polygamy marriages based on the exact same legal reasoning. [58] And yet, gay marriage is legally protected and polygamy marriages remain illegal under the reasoning in *Reynolds v. United States*, 98 U.S. 145 (1878). The fact of the matter is that gay marriage is not marriage. It never will be. Gay marriage is a parody of actual marriage, it makes a mockery of actual marriage and it threatens the fabric of the western proscribed nuclear family, as it was always intended to. No amount of pretending changes that. Similarly, a man is not a female no matter how much pretending or self-mutilation is undertaken. If a man is upset that he was born as a man and not as a female, his quarrel is with the Almighty, not with the government. The Plaintiffs do not deny that citizens have the right to play pretend under the Free Exercise Clause of the First Amendment, but the Establishment Clause of the First Amendment bars the Democrats from using government to respect faith-based fantasies, especially when those unproven potential non-realities promote licentiousness and are nothing more than pathetic attempts to justify practices that are inconsistent with the peace and safety of the public.[59]

---

[58] In making the slippery slope argument in his dissent in *Obergefell v. Hodges*, 135 S.Ct. 2584 (2015), Justice Roberts stated as follows: "Indeed, from the standpoint of history and tradition, a leap from opposite-sex marriage to same-sex marriage is much greater than one from a two-person union to plural unions, which have deep roots in some cultures around the world. If the majority is willing to take the big leap, it is hard to see how it can say no to the shorter one. It is striking how much of the majority's reasoning would apply with equal force to the claim of a fundamental right to plural marriage. If "[t]here is dignity in the bond between two men or two women who seek to marry and in their autonomy to make such profound choices," *ante*, at 13, why would there be any less dignity in the bond between three people who, in exercising their autonomy, seek to make the profound choice to marry? If a same-sex couple has the constitutional right to marry because their children would otherwise "suffer the stigma of knowing their families are somehow lesser," *ante*, at 15, why wouldn't the same reasoning apply to a family of three or more persons raising children? If not having the opportunity to marry "serves to disrespect and subordinate" gay and lesbian couples, why wouldn't the same "imposition of this disability," *ante*, at 22, serve to disrespect and subordinate people who find fulfillment in polyamorous relationships? See Bennett, Polyamory: The Next Sexual Revolution? Newsweek, July 28, 2009 (estimating 500,000 polyamorous families in the United States);; Li, Married Lesbian "Throuple" Expecting First Child, N. Y. Post, Apr. 23, 2014;; Otter, Three May Not Be a Crowd: The Case for a Constitutional Right to Plural Marriage, 64 Emory L. J. 1977 (2015)." *Obergefell* at 21 (Justice Roberts Dissenting).
[59] As the gay marriage charade was winding its way through the federal courts unimpeded by incompent arguments asserted by inept state attorneys general, Plaintiffs Sevier moved to intervene pursuant to FRCP 24 in the following cases regarding parody gay marriage: *Bradacs v. Haley*, 58 F.Supp.3d 514 (2014);;;; *Brenner v. Scott*, 2014 WL 1652418 (2014);;;; *General Synod*

122. **The Government's Entanglement With The LGBTQ Cult Is Weakening America From Within And Emboldening America's Enemies Overseas.**

The public would benefit from the issuance of an injunction because it has become undeniable that the government's entanglement with the LGBTQ cult is weakening the nation from within - especially in the Military - and emboldening our enemies from abroad. (See https://www.washingtonpost.com/world/2021/10/22/putin-valdai-speech-trump-cancel-culture/) If this Court would like to help with the war in Ukraine directly, it should grant the Plaintiffs request for preliminary/permanent injunction. The government's endorsement of the LGBTQ cult makes us look terrible on the world stage because it makes America look like we do not know the difference between right and wrong, real and fake, and secular and non-secular. If the United States cannot figure out that men are not women and never will be, how could our enemies overseas think we are competent as a Nation to be the good guys in responding to their aggression? Putin is right - imposing LGBTQ dogma on children is a crime against humanity. But so is his invasion of Ukraine.

The government's entanglement with the LGBTQ cult is so reckless that it can be argued that it has the secondary effect of encouraging instability on the world stage and even producing actual death. The Court should stop the bleeding by completely and totally nuking the legal fiction that these matters have something to do with the Fourteenth Amendment.

Peace through strength is a real reality. If this Court will find the backbone to allow the Plaintiffs to enforce the Establishment Clause against the Defendants, this Court will unleash an

---

*of The United Church of Christ v. Cooper*, 3:14cv213 (WD. NC 2014);;;; *Kitchen v. Herbert*, 755 F. 3d 1193, 1223 (CA10 2014);;;; *Bostic v. Schaefer*, 760 F.3d 352 (4th Cir. 2014);;;; M ajors v. Horne, 14 F. Supp. 3d 1313 (Ariz. 2014);;;; *Deleon v. Abbott*, 791 F3d 619 (5th Cir 2015);;;; *Tanco v. Haslam*, 7 F. Supp. 3d 759 (MD Tenn. 2014);;;; *Bourke v. Beshear*, 996 F. Supp. 2d 542 (WD Ky. 2014);;;; and *Obergefell v. Hodge*,192 L. Ed. 2d 609 (2015). In those cases, Plaintiff Sevier made the argument that if the government had to legally allow a man to marry a man, then the government must also allow a man to marry an object on the same legal basis. In *Brenner Scott*, Judge Hinkle ruled that the request that the man should be legally allowed to marry and object was "removed from reality" and "implausible." The Plaintiffs agree that it is no less "implausible" or "removed from reality" to allow a man to legally marry an object any more so than to allow a man to marry a man or a woman to marry a woman. It takes an emorous amount of religious faith to believe that a man should be able to legally marry a man and force all of society to view his spouse as his wife and that somehow none of that is patently immoral on its face or in total opposition of the state's compelling interest to uphold community standards of decency. All of the efforts for the government to crawl in bed with the LGBTQ cult and to give its doctrine special favortism is flagrantly unlawful under the Establishment Clause.

enormous amount of truth and freedom on the American public that will advance human flourishing and restore our reputation on the world stage. The Plaintiffs are giving this Court the keys to move heaven and earth and have a reverberating impact on our great nation and on the world.

123.   No invading foreign army could do more damage to our Military than the Equality Act and similar policies could do and have already done. The government's entanglement with the LGBTQ cult through the twisting of the Fourteenth Amendment has already produced an enormous amount of service discrediting misconduct and has been severely prejudicial to good order and discipline. Men of honor are not willing to serve a Nation whose leaders do not know the objective differences between right and wrong or real and fake.  In fact, pursuant to Article 90 of the UCMJ, Military Officers, like Plaintiff Sevier, are required to disobey orders that are objectively immoral that were issued by their commanders all the way up to the Commander in Chief.  This includes orders that advance immoral LGBTQ practices and ideology.  If this Court will manifest the spine and awareness to shut down the government's unlawful entanglement with the LGBTQ cult, it will stop the mass exodus of good men from leaving our Military who are not interested in defending a secular humanist theocracy, as they have been doing in droves. The last thing that the world needs is an Army of self-identified homosexuals trying to conduct warfare in the name of the greater good because most of the world can see the obvious fact that their worldview is evil.  Furthermore, by exposing policies the Equality Act for being the invalid non-secular policies that they are will encourage recruitment to go back up and stop the destruction of our Military from within. The Military is not a social experiment, and while the Defendants have the right to live in a perpetual delusional state of denial and to unwisely bank their entire core identity on the idea that there is no life after death, their attempts to impose their religious delusions on the Nation are far greater threat to America than any external one. To quote President Lincoln in his Lyceum address:

> From whence shall we expect the approach of danger? Shall some trans-Atlantic military giant step the earth and crush us at a blow? Never. All the armies of Europe and Asia...could not by force take a drink from the Ohio River or make a track on the Blue Ridge in the trial of a thousand years. No, if destruction be our lot we must ourselves be its author and finisher. As a nation of free men we will live forever or die by suicide."

The Equality Act is nothing more than a suicide note authored by self-serving Democrats, who hate the truth, our Nation, and anyone who has the humility to believe in the God of the Bible.

124.   WHEREFORE, the Plaintiffs pray that the Court:

1.   Declares under 28 U.S.C. § 2201(a) through a declaratory judgment:

a. that the Defendants' actions to draft, introduce, promote, endorse, respect, favor, and threaten to enact the Equality Act and similar policies are in violation of the Establishment Clause, the Free Exercise Clause, and the Free Speech Clause of the First Amendment of the United States Constitution;

b. that the Defendants violated their Clause 3 Article VI oath of office to uphold the United States Constitution by creating, introducing, promoting, favoring, respecting, endorsing, and threatening to enact the Equality Act and other similar policies;

c.   that LGBTQ ideology is inseparably linked to the religion of secular humanism and its respect by government endorsement violate the principles of the separation of church and state for violating the three prongs of the *Lemon* test;

d. that while LGBTQ secular humanist beliefs may be afforded some protections under the Free Exercise Clause of the First Amendment of the United States Constitution that secular humanism is a disfavored religion whose practices may be regulated and even outlawed by the state legislatures under the police powers pursuant to the Tenth Amendment of the United States Constitution because (A) the practices promote licentiousness and because (B) secular humanism is self-evidently a religion that attempts to justify practices that are inconsistent with the peace and safety of the states and public;

e. that LGBTQ secular humanist ideology and practices erode community standards of decency and undermine a litany of compelling governmental interests and that the state legislatures that the Plaintiffs work with have a compelling interest to uphold community standards of decency pursuant to the police powers afforded under the Tenth Amendment of the United States Constitution;

f. that any legislation, statute, or judicial decision that are of a similar spirit or framework as the Equality Act that respects or recognizes sexual orientation orthodoxy or gender identity

ideology are constitutionally invalid for violating the Establishment Clause for seeking to establish America as a secular humanist theocracy;

g. that America is not a secular humanist Nation or officially a Christian Nation, but that America is unofficially a Christian Nation insofar as the laws and policies made by the state and federal government can parallel Christian principles and morality without mandating belief in Christianity;

h. that the School Establishment Clause Act (SECA) as written by the Plaintiffs and introduced by Rep. Garber in Kansas and that the Establishment Act as written by the Plaintiffs and introduced by Rep. Jones in North Dakota, which are the legal opposite of the Equality Act would survive judicial review and the doctrine of preemption even if the Equality Act was enacted (see Appendix A);

i. that *Obergefell v. Hodges,* 135 S.Ct. 2584 (2015), *United States v. Windsor,* 133 S. Ct. 2675 (2013), and *Bostock v. Clayton Cnty. Bd. of Commissioners*, 139 S.Ct. 1599 (2019), controversies that most of the Plaintiffs have a direct connection with are Constitutionally invalid for having been decided upon the wrong constitutional prescription and framework;

j. that the term "sex" in titles II, III, IV, VI, VII, and IX and in any other government policy can only mean or refer to a person who was born "male" with male anatomy and with x and y chromosomes in their cells, or a person who was born "female" with female anatomy and with two x chromosomes in their cells, and that any other interpretation of that term lacks a primary secular purpose and is barred by the Establishment Clause of the First Amendment of the United States Constitution;

2. Issues a preliminary and permanent injunction that requires the Defendants to table the Equality Act and all similar policies for violating Establishment Clause of the First Amendment for failing the three prongs of the *Lemon* Test for (1) lacking a primary secular purpose, for (2) cultivating an idefensible legal weapon against non-observeres of the religion of secular humanism, and for excessively entangling the government with the religion of secular humanism as advocated by the LGBTQ denominational cult;

3. Issues a preliminary and permanent injunction that requires the Defendants to table the Equality Act and all similar policies for violating the Free Exercise and Free Speech Clauses of the First Amendment;

4.  Issues a preliminary and permanent injunction that orders Defendant Biden to direct the Department of Justice and all agencies under his control to not allow any state or federal agency that the term "sex" must have the secular definition;

5. Awards reasonable attorneys' fees, costs, and expenses; and

6. Awards a judgment in favor of the Plaintiffs based on the arguments in the complaint, the arguments in the motions for a preliminary and permanent injunction.

7. Awards Plaintiff Sevier ECF filing access;

8. Award a judgment on the arguments made in the complaint and the arguments made in separate motions for preliminary/permanent injunction or summary judgment;

9. Awards any other further and additional relief the Court deems just and proper.


VERIFIED COMPLAINT

/s/Chris Sevier Esq./
DE FACTO ATTORNEYS GENERAL
SPECIAL FORCES OF LIBERTY
Mailing Address:
118 16th Ave South,
#4 Music Row Star Station
Nashville, TN 37203
ghostwarsmusic@gmail.com
4301 50th St.
Suite 300, #2009
Washington, DC 20816
(615) 500-4411
http://www.specialforcesofliberty.com/
Bravo Two Zero
1LT 27A JAG
LEAD COUNSEL


/s/Dr. David Pickup, LMFT/
16135 Preston Road Dallas,
Texas 75248
(888) 288-2071
www.davidpickuplmft.com
 (To be Represented Pro Hac Vice by Attorney Greg Deygeter - Pending)

/s/Daren Mehl/
VOICE OF THE VOICELESS
Vovpresident@voiceofthevoiceless.info
6909 90th Ave N

Brooklyn Park, MN 55445
daren@voiceofthevoiceless.inf
(612) 207-1849
(To be Represented Pro Hac Vice by Attorney Greg Deygeter - Pending)

/s/Stephen Black/
FIRST STONE MINISTRIES
stephen@firststone.org
405.236.4673
1330 N Classen Blvd Ste G80
Oklahoma City, OK 73106-6856
https://www.firststone.org/
 (To be Represented Pro Hac Vice by Attorney Greg Deygeter - Pending)

/s/Greg Quinlan/
CENTER FOR GARDEN STATE FAMILIES
gquinlan@gardenstatefamilies.org
8 Mary Louise Ave,
Ledgewood,
NJ 07852-9697
(513) 435-1125
(To be Represented Pro Hac Vice by Attorney Greg Deygeter - Pending)


/s/Pastor Richard Penkoski/
WARRIORS FOR CHRIST
pastor@wfcchurch.org
 4301 50th St.
Suite 300, #2009
Washington, DC 20816
(931) 881-8504
https://www.wfcchurch.org/
(To be Represented Pro Hac Vice by Attorney Greg Deygeter)


/s/Greg Degeyter Esq./
degeyterlaw@gmail.com
9898 Bissonnet Street, Suite  626
Houston, TX  77046 713.505.0524
BCN: 24062695
https://www.degeyterforhisd.com/
(To Appear Pro Hac Vice once local counsel is secured)

I, Stephen Black, declare as follows:

1. I am a Plaintiff in the present case, a citizen of the United States of America, and a resident of the State of Oklahoma.

2. I have personal knowledge of myself, my activities, and my intentions, including those set out in the foregoing Verified Complaint for Declaratory and Injunctive Relief; and if called on to testify I would competently testify as to the matters stated herein. I will supply this Court with a separate sworn statement in support of the statements in this complaint and in support of the motions for preliminary/permanent injunction and summary judgment.

3. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this Complaint concerning myself, my activities, and my intentions are true and correct.

May 14, 2022

Stephen Black
_____
Stephen Black

I, Chris Sevier, declare as follows:

      1. I am a Plaintiff in the present case, a citizen of the United States of America, and a resident of the State of Oklahoma.

      2. I have personal knowledge of myself, my activities, and my intentions, including those set out in the foregoing Verified Complaint for Declaratory and Injunctive Relief; and if called on to testify I would competently testify as to the matters stated herein. I will supply this Court with a separate sworn statement in support of the statements in this complaint and in support of the motions for preliminary/permanent injunction and summary judgment.

      3. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this Complaint concerning myself, my activities, and my intentions arc true and correct.


May 14, 2022


_____

Chris Sevier

I, David Pickup, declare as follows:

    1. I am a Plaintiff in the present case, a citizen of the United States of America, and a resident of the State of Oklahoma.

    2. I have personal knowledge of myself, my activities, and my intentions, including those set out in the foregoing Verified Complaint for Declaratory and Injunctive Relief; and if called on to testify I would competently testify as to the matters stated herein. I will supply this Court with a separate sworn statement in support of the statements in this complaint and in support of the motions for preliminary/permanent injunction and summary judgment.

    3. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this Complaint concerning myself, my activities, and my intentions arc true and correct.


    May 14, 2022

_____

David Pickup

I, Greg Quinlan, declare as follows:

      1. I am a Plaintiff in the present case, a citizen of the United States of America, and a resident of the State of Oklahoma.

      2. I have personal knowledge of myself, my activities, and my intentions, including those set out in the foregoing Verified Complaint for Declaratory and Injunctive Relief; and if called on to testify I would competently testify as to the matters stated herein. I will supply this Court with a separate sworn statement in support of the statements in this complaint and in support of the motions for preliminary/permanent injunction and summary judgment.

      3. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this Complaint concerning myself, my activities, and my intentions arc true and correct.


May 14, 2022

_____

Greg Quinlan

I, Rich Penkoski, declare as follows:

1. I am a Plaintiff in the present case, a citizen of the United States of America, and a resident of the State of Oklahoma.

2. I have personal knowledge of myself, my activities, and my intentions, including those set out in the foregoing Verified Complaint for Declaratory and Injunctive Relief; and if called on to testify I would competently testify as to the matters stated herein. I will supply this Court with a separate sworn statement in support of the statements in this complaint and in support of the motions for preliminary/permanent injunction and summary judgment.

3. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this Complaint concerning myself, my activities, and my intentions arc true and correct.

May 14, 2022

_____

Rich Penkoski

I, Daren Mehl, declare as follows:

1. I am a Plaintiff in the present case, a citizen of the United States of America, and a resident of the State of Oklahoma.

2. I have personal knowledge of myself, my activities, and my intentions, including those set out in the foregoing Verified Complaint for Declaratory and Injunctive Relief; and if called on to testify I would competently testify as to the matters stated herein. I will supply this Court with a separate sworn statement in support of the statements in this complaint and in support of the motions for preliminary/permanent injunction and summary judgment.

3. I verify under penalty of perjury under the laws of the United States of America that the factual statements in this Complaint concerning myself, my activities, and my intentions arc true and correct.

May 14, 2022

_____

Daren Mehl

**Certificate of Service**

I hereby certify that the foregoing complaint will be served as soon as the summons is available on the following persons by certified mail, return receipt requested, and that a courtesy copy will be emailed to Assistant U.S. Attorney John Moustakas at John.Moustakas@usdoj.gov, who is the lead counsel in a similar action brought against Defendant Biden's HHS by Plaintiffs Quinlan, Sevier, and Penkoski.


Civil Process Clerk
UNITED STATES ATTORNEY'S OFFICE
501 Third Street,
NW Washington, DC 20530

Merrick Garland,
U.S. Attorney General
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave.
NW Washington, DC 20530

John Moustakas
Assistant United States Attorney for the District of Columbia
Civil Division 555 4th Street,
N.W. Washington, DC 20530
(202) 252-2518
John.Moustakas@usdoj.gov


Clerk of the House of Representatives
U.S. HOUSE OF REPRESENTATIVES
U.S. Capitol, Room H154
Washington, DC 20515-6601

Secretary of the Senate, Sonceria Ann Berry

UNITED STATES SENATE
Washington, DC 20510-6601.

Speaker Nancy Pelosi
1236 Longworth H.O.B.
Washington, DC 20515
(202) 225-4965
arash.abbaf@mail.house.gov

Sen. Jeff Merkley,
531 Hart Senate Office Building
Washington, DC 20510 Phone:
(202) 224-3753
Authorized agent for service:
elvia_montoya@merkley.senate.gov

Leader Charles Schumer
322 Hart Senate Office Building
Washington, D.C. 20510 Phone:
(202) 224-6542
casework_schumer@schumer.senate.gov

Chairman Richard Durbin
711 Hart Senate Building
Washington, D.C. 20510
p: 202.224.2152
dick@durbin.senate.gov

Rep. David Cicilline
Rayburn HOB
Washington, DC 20515 Phone:
(202) 225-4911
Authorized agent: megan.garcia@mail.house.gov

**/s/Christopher Sevier Esq./**