UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Pickup et. al.**
**(Plaintiffs)**

Vs.

**Biden et. al.**
**(Defendant)**

Case: 1:22-cv-00859
Assigned To : McFadden, Trevor N.
Assign. Date : 3/21/2022
Description: TRO/PI (D-DECK)

## PLAINTIFF SEVIER'S MOTION FOR ECF FILING IN THIS CASE ONLY

NOW COMES, Plaintiffs Sevier, De Facto Attorneys General, respectfully seeking leave for ECF filing access in this case only. Plaintiff Sevier is a former Judge Advocate General who majored in Constitutional law who is proficient in ECF filing. Plaintiff Sevier has been granted ECF filing access to save judicial economy in three other cases pending before this District and for good cause shown.

Plaintiffs Sevier has these items:

1. personal computer running a standard platform;

2. Word processing software for creating pleadings and software use to convert pleadings to PDF;

3. PDF reading software used to read documents converted to PDF;

4. An email account and Internet service for sending and receiving emails;

5. Internet browser that is compatible with CM/ECF;

6. A PACER account with PACER login and password;

7. A document scanner. As a condition to obtaining an ECF login and password, Plaintiffs understand and agree to the following:

a. That they are required to maintain and keep the aforementioned systems in working order;

b. That they may only file electronic documents in the above referenced matter;

c. That the clerk's office will terminate his ECF Registration should an attorney subsequently file an appearance on his behalf in the above captioned case;

d. That the court may terminate his ECF Registration at any time for failure to comply with any of the above conditions of other conditions stated in the ECF Registration Form.

WHEREFORE, Plaintiff Sevier respectfully requests that his motion be granted.

/s/Chris Sevier Esq./
DE FACTO ATTORNEYS GENERAL
Mailing address:
118 16th Ave South
#4 Music Row
Nashville, TN 37203
(615) 500-4411
ghostwarsmusic@gmail.com
www.specialforcesofliberty.com
Bravo Two Zero
1LT 27A JAG

**CERTIFICATEOF SERVICE**

## Certificate of Service

I hereby certify that the foregoing complaint will be served as soon as the summons is available on the following persons by certified mail, return receipt requested, and that a courtesy copy will be emailed to Assistant U.S. Attorney John Moustakas at John.Moustakas@usdoj.gov, who is the lead counsel in a similar action brought against Defendant Biden's HHS by Plaintiffs Quinlan, Sevier, and Penkoski.

Civil Process Clerk
UNITED STATES ATTORNEY'S OFFICE
501 Third Street,
NW Washington, DC 20530

Merrick Garland,
U.S. Attorney General
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave.
NW Washington, DC 20530

John Moustakas
Assistant United States Attorney for the District of Columbia
Civil Division 555 4th Street,
N.W. Washington, DC 20530
(202) 252-2518
John.Moustakas@usdoj.gov

Clerk of the House of Representatives
U.S. HOUSE OF REPRESENTATIVES
U.S. Capitol, Room H154
Washington, DC 20515-6601

Secretary of the Senate, Sonceria Ann Berry
UNITED STATES SENATE
Washington, DC 20510-6601.

Speaker Nancy Pelosi
1236 Longworth H.O.B.
Washington, DC 20515
(202) 225-4965
arash.abbaf@mail.house.gov

Sen. Jeff Merkley,
531 Hart Senate Office Building

Washington, DC 20510 Phone:
(202) 224-3753
Authorized agent for service:
elvia_montoya@merkley.senate.gov

Leader Charles Schumer
322 Hart Senate Office Building
Washington, D.C. 20510 Phone:
(202) 224-6542
casework_schumer@schumer.senate.gov

Chairman Richard Durbin
711 Hart Senate Building
Washington, D.C. 20510
p: 202.224.2152
dick@durbin.senate.gov

Rep. David Cicilline
Rayburn HOB
Washington, DC 20515 Phone:
(202) 225-4911
Authorized agent: megan.garcia@mail.house.gov


/s/Chris Sevier Esq./