Leave to file GRANTED

TREVOR N. MCFADDEN
United States District Judge   4/5/22

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Pickup et. al.
(Plaintiffs)

Vs.

Biden et. al.
(Defendant)

Case: 1:22-cv-00859
Assigned To : McFadden, Trevor N.
Assign. Date : 3/21/2022
Description: TRO/PI (D-DECK)

Angela
U.S. District Court, District of Columbia

## DECLARATION OF THE FORMER MEMBER AND PRESIDENT OF PARENTS AND FRIENDS OF EX-GAYS AND GAYS (PFOX) GREG QUINLAN

I, Greg Quinlan, declare under the penalty of perjury, pursuant to 28 USC sec. 1746 as follows:

1. I am over 18 and a resident of New Jersey.

2. Here are a few of many links to me speaking in videos. The statements that I make in this videos are true and accurate that I now incorporate into this sworn testimonial:

a. Greg Quinlan - Interview with News Plus Part 1.

Greg Quinlan is past president of PFOX--Parents and Friends of Ex-Gays & Gays (PFOX). It's a national non-profit organization that supports families, advocates for the ex-gay community, and educates. Quinlan argues that ex-gays should be considered a 'protected' class against hate crimes. He also says that persons who are gay can be rehabilitated to become straight--which is derived in large part from his own experience in doing just that.

https://www.youtube.com/watch?v=gDDAbCS25KY   (deleted by Youtube)

b. Greg Quinlan - Interview with News Plus part 2.

https://www.youtube.com/watch?v=nUcLia8Ws8Y        (deleted by Youtube)

c. The LGBTQ (QIAAP) etc., and so on Agenda: Ground Zero in the Culture War.

The LGBTQ (QIAAP) etc., and so on Agenda - audio recording from Breakout Session of The Awakening 2013. Discussion is moderated by Rena Lindevaldsen, and features Matt Barber, Cynthia Dunbar, and Greg Quinlan. For more information about related events and topics please visit www.lc.org.

https://www.youtube.com/watch?v=aITfwAT8l9c

a. Greg Quinlan - Biography on PFOX

https://www.youtube.com/watch?v=Qof0l0WXtog

b. The Wisdom of God:

https://www.youtube.com/watch?v=ek5BI2vYP0A

c. Pastor Charlene Cothran - Testimony before the Civil Justice Subcommittee

https://www.youtube.com/watch?v=s-FhlKbCDJg

d. Ex Lesbian Charlene Cothran Tells her Testimony:

https://www.youtube.com/watch?v=p_wXcCCfE2U&list=PLB0192509974B4210

e. African-American Pastors Decry Gov. Deal's Betrayal on Religious Liberty

http://www1.cbn.com/cbnnews/us/2016/april/african-american-pastors-decry-gov-deals-betrayal-on-religious-liberty%20?cpid=:ID:-9283-:DT:-2016-04-01-16:32:42-:US:-JG1-:CN:-CP1-:PO:-GC1-:ME:-SU1-:SO:-FB1-:SP:-NW1-:PF:-%20VI1-

## INTRODUCTION

3. I incorporate my bio here. ¹ I was born in 1958. I was married to a woman of the opposite-sex.

4. I am a registered nurse (retired). As a gay identified man, I helped care for AIDS patients as am]n LPN (Licensed Practical Nurse) when the AIDS epidemic hit the gay community hard in the mid-1980s. At the age of 27, I joined the Human Rights Campaign Fund (Now known as the Human Rights Campaign), the largest gay and lesbian political organization in the United States, forming a group in his home town of Dayton, Ohio. Since leaving the homosexual life I have shared my testimony on radio programs and Christian television. I have been quoted in USA Today, The Wall Street Journal, The New York Times, and World Net Daily.

5. I worked with the New Jersey Family Policy Council to protect the sanctity of marriage and am a was member of Parents and Friends of Ex-Gays and Gays (PFOX) until December 2014. I am an advocate for the ex-gay movement; emphatically arguing that citizens get accurate information about the mutability of sexual orientation so that those with unwanted same-sex attractions know they have an option other than the gay lifestyle. In 2009 and 2010 at a shareholders meeting of PepsiCo I informed the Board that the gay political organizations they were funding promoted "fear and hostility against the ex-gay community." In March of 2010 on behalf of PFOX, I addressed the corporate directors of the Walt Disney Company at its annual shareholder's meeting and asked them to approve a resolution to include ex-gays in Disney's mandatory diversity training for employees.

BACK GROUND

---

[1] My bio that was compiled by Thomas Coy from Parents and Friends of Ex-Gays and Gays (PFOX) procured in March of 2010, an article by Michael J. McManus in Religion and Ethics from May 24, 2006 entitled "Causes & Cures of Homosexuality," and excerpts from an August 1998 Focus on the Family "Citizen" magazine article entitled "Former Homosexual now a Pro-family Lobbyist" written by Clem Boyd.

6. Quinlan was one of four children growing up with an abusive father. Although his mother was a born-again Christian, his father was "an atheist with an attitude;" an Archie Bunker type with the added element of physical violence. Quinlan was usually the one his father would choose to abuse. Twice his father's beatings put him in the hospital. "One day at age 8, in front of his friends, Greg asked his dad, "You hate me, don't you?" His dad cursed and replied, "Yes, I hate you." Quinlan sighed, "I knew that.""

7. Quinlan's mother regularly took her children to church and at the age of nine, Quinlan "professed my faith in Jesus Christ," but life at home with his father only got worse. At the age of ten an older boy from across the street introduced Quinlan to pornography and together they experimented and engaged in sex. Greg recalled that time in his life, "I knew it was wrong, but what I got was affirmation, affection, approval and someone touching me who was not beating me up or calling me names."

8. "At age 23. Quinlan became suicidal struggling with his unwanted same sex attraction. "I decided to explore my sexual desires, "blowing the doors off the closet," as I have described it. I had many sexual encounters, visited gay bathhouses all across the state, was a regular patron of porn shops and lived the party life within gay social circles." I consider myself very blessed that I remained HIV-negative, after living the promiscuous gay lifestyle. I believe it was God's providence that I am not infected with the HIV virus."

9. "As an LPN then an RN, I began taking care of AIDS patients when the crisis hit the Dayton-area in the mid-1980s. I took these men to the doctor and cared for them at their home. "Then ta guy I was dating invited me to a reception in Columbus, Ohio of the Human Rights Campaign Fund (HRCF)." That's how I was introduced to gay politics.

10. "Not long after, I started an HRCF committee in Dayton, Ohio. Human Rights Campaign Fund is the largest gay and lesbian political organization in the country, chiefly responsible for securing AIDS research money from the federal government. I raised thousands of dollars out of Dayton and really got involved because of their advocacy for AIDS research. But in all my work with HRCF I was trying to justify being in the lifestyle, because I was miserable. I was under a doctrine and religious ideology that was void of a living hope."

11. "I started watching Christian television like the 700 Club. At first, I wanted to reach through the set and strangle Pat Robertson. But I saw an ex-gay on the show who shared how he left the lifestyle. "EX GAY?" he asked myself. How is that possible? This happened again several times on TBN. Although I denied the possibility of leaving homosexuality, I hated my life. There is pleasure in sin for a season, I realized I wanted out. I watched intently - partly making fun, partly wishing it was true. I thought, "Can it happen to me?"

12. "I called the TBN prayer line across the country and asked him to lead him in making a re-commitment to Christ. When I prayed to God admitting my sin and recommitting my life to Jesus Christ, I had peace. It was Thanksgiving weekend, 1992 and he decided to call TBN."

13. "I had been on radio and in newspapers (as a homosexual activist). I was not ashamed of being a homosexual and talking about the AIDS crisis. I'd go to Washington D.C. two to three times a year to lobby Capitol Hill. But I had a lot of trouble telling this stranger on a prayer line what my issue was. I was suddenly ashamed of being gay. I wasn't happy about it."

14. "My decision resulted in a sudden and abrupt turn in my life. I got into church immediately, changed my telephone number, stopped hanging out at gay bars, and discontinued my volunteer

nursing with the Dayton Area AIDS Task Force. I stopped cold turkey doing anything in the gay lifestyle."

15. "I was too angry, but when I started on a path of truly forgiving my father, my anger and bitterness left - along with my homosexual desires. As a grassroots lobbyist I went to Capitol Hill for the lunatic left. HRCF trained me how to do it and a year later I was using my training for the other side. The Lord turned it all around."

16. "I might be one of the most visible and outspoken ex-gays in America. I started an Ohio ministry, the Pro-Family Network, which lobbied for passage of Ohio's one-man, one-woman Marriage Amendment and I was a board member and spokesperson for PFOX (Parents and Friends of Ex-Gays and Gays). The goal was not to codify Christian marriage, but to legally define natural marriage in order to keep the LGBTQ (QIAAP) etc., and so on, from using government to legitimize their religious identity narrative at the expense of the truth and the public's health. I talk to teens about the complex issue of homosexuality LGBTQ (QIAAP) etc., and so on, giving them factual information, that academia and the media suppress. I have debated a person's right to self-determine their sexual orientation and have defended traditional marriage in 17 states and the District of Columbia. I worked vigorously at the New Jersey Family Policy Council to protect the sanctity of marriage, along with Liberty Counsel, Alliance Defending Freedom, PFOX and now the Center for Garden State Families.

17. For choosing to defend the interests of individuals with unwanted same-sex attractions, the public's right to know that homosexuality and all things LGBT (QIAAP) etc., and so on, is changeable, the teenager's right to know that the gay lifestyle is often miserable, and one man one woman marriage, I have has been screamed at, heckled and physically assaulted by gay activists who consider my transformation a dangerous threat to their dishonest narrative that

seeks to exploit the sympathies of the general public - which is nothing more than a shallow power play that is inherently sexually exploitative. I have also received death threats, which has been hard on my past marriage on many levels. But I care very much about truth, the youth, the public health, and the country in general.

**Factors of Homosexual Causation:**

18. As with the vast majority of male homosexuals, my childhood was full of hurt and rejection. I did not identify with my father as a young child; if I had he probably would have become an abusive and violent adult. Every young boy needs same-sex affirmation that he is a male and an adolescent boy needs affirmation that he is becoming a man. I did not get the male affirmation that I needed so when an older neighborhood boy introduced me pornography and led to same sex attraction which filled that void in an unhealthy way.

19. Most would agree that if a 13-year-old boy introduces a 10-year-old girl to sex it is molestation. The same standard should apply to a 13-year-old boy introducing a 10-year-old boy to sex. Growing up as a teen, I was interested in sex with other men only because of that introduction. I've known thousands of homosexuals and I've never met someone who was not introduced to sex at an early age, generally with the same sex. **Early childhood sexualization is harmful to the development of a child.**

**Motivations to Change:**

20. I had an active homosexual sex life, but I was miserable as a gay man. I could not deny that I hated my gay life and when I saw a former homosexual give his testimony on TV it eventually gave me the hope that I could get out of homosexuality. I watched over 100 of my friends and acquaintances succumb to the ravages of AIDS. Many more since then.

There was also a faith-based motive to change. Buried in the subconscious or in religious terms in the depths of my soul, I believed my homosexual behavior was immoral and homosexuality, in general, was objectively immoral. When I called the TBN prayer line and prayed I immediately felt peace. I wanted others to know that peace too.

From a Christian perspective I made a heartfelt profession of faith at age nine. The Scriptures show that while God judges' man He is also merciful, compassionate and patient, "not wanting anyone to perish, but everyone to come to repentance." (2 Peter 3:9) God did not give up on me, and when I turned to God, like the Parable of the Lost Son in Luke chapter 15, God ran to meet him.

**Process of Change:**

21. From my testimony, there is not a lot of information on my process of change. The peace I felt from reconciling to God was real and he built upon it. Intuitively, I knew that my gay friends would mock my new direction in life and hinder my growth as a Christian, because I was convinced that homosexual behavior was immoral and was not based on immutability as we were convincing one another to believe. My gay friends would not be sympathetic to me rejecting my gay identity as their own lives were built upon a gay identity, which is a religious narrative predicated on unproven faith-based assumptions that are completely false and as implausible as the truth claims floated by the impeached self-righteous religion of Islam. I wisely "stopped cold turkey doing anything in the gay lifestyle." I obviously filled that void with people who were supportive and empathetic with the new direction in my life. Obviously, my father's deathbed conversion where he confirmed that he loved me helped me begin the process of forgiveness and reconciliation of past wounds. The time I spent caring for my dying father

probably added to my ability to reconcile. It was through the process of forgiving my father that his bitterness and anger healed. As this healing increased his residual homosexual desires left.

22. One of the main messages that I have is that if people want to get out of the gay lifestyle they can. For ten years, I lived the homosexual lifestyle, and self-identified as a homosexual. As a registered nurse who was living in the gay lifestyle, I watched a 100 of my friends and acquaintances die of aids before I stopped counting. Being faced with questions of mortality, I began questioning where I was going and what I was doing.

23. I began to research and found that there was no scientific evidence that people were born homosexual, and there was no scientific evidence for why I was doing what I was doing in this life style, in accepting this particular sexual identity. I started to think through it and figured out why was I and others living this lifestyle. I concluded that "born that way" is an unequivocal lie. All things LGBTQ (QIAAP) etc., and so on is based on changing cultural, sociological, and emotional biases. Not on any scientific fact. This is summed up best by a statement from the American psychiatric Association, "There are no replicated scientific studies supporting any specific biologic etiology for homosexuality." This is why I started questioning why do I want to stay this lifestyle. I was not fulfilled. I personally viewed all sexual lifestyles has shallow, lust filled and immature.

24. I did not take a pill. I did not "pray away the gay." I just decided that I wanted to drop this ideological belief system and life style. I went through a process of figuring out why I got to where I was. I was sexually molested as a child. I always say that Hugh Hefner was my first molester because it was Playboy Magazine that was used to get me sexually active as a 10-year-old. That's how I got into the homosexual lifestyle. I lived in that lifestyle openly for ten years. But coming out of that lifestyle there was no switch that I just turned off. I had to explore why

did I feel the way that I did. I did not seek reparative therapy. I had very little counseling. A lot of my decision to leave the gay religion was a journey that I took on my own.

25. Many ex-gays leave the lifestyle for religious reasons and many leave it for all kinds of different reasons, but it is literally like converting from one religion to the next. A lot of what I do now is to affirm an individual's fundamental right of self-determination.

26. I believe that doctors, therapists, physicians, counselors, and persons in the healing arts absolutely must have the right to help counsel individuals out of the gay lifestyle, if they want to leave it behind. I believe that physicians have the obligation to help such individual leave behind the lifestyle and the ideology that propels it. And I emphatically affirm of parents right to guide and direct their children.

27. One homosexual who turns straight proves that homosexuality is not innate. I am proof of that and I've seen thousands of others leave the lifestyle and denounce it. Homosexuality is a choice, but I did not choose my feelings. But I did act on my feelings. That is, I did choose how I responded to those feelings. I did not have all of the information when I responded to the same-sex feelings. And that is problem. Today in public schools we are not giving children a choice. Teachers are telling them to "be gay" to try it "you'll like it." It is a dangerous experiment. Minors who buy into that ideology are not just taking on an identity, they are exploring the acts of sex. Teachers and society try to pass it off as safe sex, and safer sex, but there is no such thing. It should be called suicidal sex. I know that because I buried a lot of people who were homosexual who practiced "safe sex."

28. PFOX was successful in suing the District of Columbia in having ex-gays be protected as a group of people. There is a huge amount of resistance towards ex-gays because if you can show that you can change from gay to straight, it creates a problem for those who identify as and

believe the gay ideology. There are those who want to believe that Islam is a religion of peace, and yet, the jihadist tends to cause a problem for those types. Since I and other ex-gays are saying openly that people can change and leave the homosexual lifestyle, it single handedly destroys the entire gay rights and transgender narratives, which are indeed based on fraud, the denial of truth, and sexual exploitation.

29. The American Psychological Association and the Psychiatric Association both say that sexuality is fluid. People make decisions on their sexuality based on their feelings and life circumstances, and not immutable traits. I made a decision after homosexuality did not work for me, after the decade that I openly practiced it. For over two and ½ decades now, I've been out of that lifestyle, and I've been much happier. I am living a heterosexual lifestyle.

30. There are tons of pro-LBGT groups that will go after you personally, if you say that you can change. Of course, since these groups do not believe that truth exists in the first place, they have zero accountability over their hearts. I find the gay activist groups to be an extreme hate group that is truth phobic. I am a proponent of allowing people to make an informed choice, when it comes to sexual lifestyle. I want people to know that they do not have to live the gay lifestyle, if they do not want to and that it is better to shut the door on that narrative altogether.

31. I have a scar on my nose because I was punched in the face after handing out pamphlets saying that change is possible. That is the kind of hatred and bigotry that I get from breaking rank with the phony narrative that people are born gay. I did choose that homosexual identity, and I want people to know that they do not have to stay gay if they do not want to.

32. I try to give people hope. People who are in the homosexual lifestyle do not have to stay in it, and it is ok for them to leave it behind completely and start anew. I see these kinds of people all the time. A lot of them do not go public about it because they get pressed and shamed by their

peers. Many people who lead the gay lifestyle, and who have decided to leave it are now married and they do want to expose their children to their past. I feel an obligation to let others know that they do not have to stay where they are if they do not want to.

33. Many in the media ignore the reality of ex-gays because they have based their entire life around the idea that truth is relative. It is their religion, and our existence shows that their religion is fake, shallow, silly, and removed from reality. When the media does cover ex-gays, it is incredibly negative. They make fun of us, falsely say that we were not gay to start with, and that there is something wrong with us.

34. The group Truthwinsout.org has majorly attacked me and tried to slander me. The founder, Wayne Besen, has made statements to me I person that I should be "Run over by a bus or infected him AIDS." That's pretty hateful rhetoric.

35. I absolutely believe that homosexuality is an unhealthy lifestyle. There is AIDS and they plethora of other health conditions particularly numerous in the LGBTQ (QIAPP) etc., and so on identities. But its more than that. It is a psychologically traumatizing and shame filled lifestyle. It is empty and exploitative. The minister of Health, 18 months after the Netherlands codified homosexual marriage, did a secular study on HIV transmission, the highest transmission of the HIV infection was amongst partnered men. Of those partnered men, they on average admitted to seven to eight extra marital affairs during the homosexual relationship, and virtually zero were monogamous. The pathology of homosexuality does not change even after it has been codified. Homosexuality is about sex mixed with a lot of lies and false intimacy. The homosexual lifestyle is about sex. It is about the relationship of sex and that in itself is unhealthy.

36. While other forms of marriage besides man-woman marriage should not be codified because it memorializes unproven faith-based assumptions, the right of self-determination should be.

People should be allowed information so that they can make an informed choice whether to get into or get out of the gay lifestyle.

37. I get asked a lot if homosexuality involves civil rights, and my answer is that civil rights are based on innate and immutable traits, and by that definition, people who self-identify as gay or transgender should not be given suspect class status. The American Psychiatric Association has not established that there is proof of biologically born gay individual. There have been copious studies trying to prove that there is such thing as a gay gene.

38. Dean Hamer, et al., of the National Cancer Institute, "A Linkage between DNA markers on the X Chromosome and Male Sexual Orientation," reported in *Science* magazine, July 1993. The media reported that the "gay gene" was discovered as a result of this study. The researchers studied 40 pairs of homosexual brothers and suggested that some cases of homosexuality are linked to a specific region on the X chromosome (Xq28) inherited from the mother to her homosexual son. Thirty-three pairs of brothers shared the same pattern variation in the tip of one arm of the chromosome. Hamer estimated that the sequence of the given genetic markers on Xq28 is linked to homosexuality in 64% of the brothers.

- There was no control group. This poor scientific methodology. Hamer and associates failed to test the heterosexual brothers. What if the heterosexual brothers had the same genetic markers? *Source: Cohen, Richard (2000). Coming Out Straight: Understanding and Healing Homosexuality, Chapter 2.*
- One of Hamer's fellow research assistants brought him up on charges, saying that he withheld some of the findings that invalidated his study. The National Cancer Institute is investigating Hamer. (To date, they have not released the results of this investigation.) *Source: (1995) NIH "Gay Gene" Study Questioned. Science 268:1841.*
- A Canadian research team using a similar experimental design (This study used 52 pairs of gay siblings from 48 families. Hamer's research used 40 homosexual brother pairs.) was unable to duplicate the findings of Hamer's study. *Source: Rice, G., Anderson, C., Risch, N., Ebers, G. (1995) Male Homosexuality: Absence of Linkage to Microsatelite*

*Markers on the X Chromosome in a Canadian Study. Presented at the 21ˢᵗ Annual Meeting of Sex Research. Provincetown, MA.*

- Hamer states, "These genes do not cause people to become homosexuals…ultimately, it is the environment that determines how these genes will express themselves." *Source: Time, April 27, 1998, p. 60-61.*

39. In 1991 neuroscientist Simon LeVay published "A Difference in Hypothalamic Structure Between Heterosexual and Homosexual Men", which reported the discovery of a 'region' in the anterior hypothalamus of the brain that determined sexual orientation in men. No one is born LGBT. LeVay used 34 cadavers many of whom were indigent with no available medical or sociological histories. LeVay concluded that nodules on the pineal gland and the related size determine sexual orientation. Less than a year later Simon LeVay appeared on Good Morning America with Bryant Gumbel where he confessed that his brain study proved no connection to the development of a person's sexual orientation.

40. In August 2019 a large study of the human genome crossing multiple continents which included homosexual and lesbian identified scientist from Harvard, Oxford in Great Britain University of Queensland in Australia examining more than 500 thousand human genome sources concluded, "there is no single gay gene."
Https://www.scientificamerican.com/article/massive-study-finds-no-single-genetic-cause-of-same-sex-sexual-behavior/

41. No one is born gay. No one is born LGBT. In my view as an ex gay and a 62-year-old man, retired nurse, who lived 10 years of my life as an out and open homosexual activist, all things LGBT is a developmental gender identity disorder. Developed not innate. Acquired not in born. No one is born LGBT, no one. The American psychiatric Association stated the following, "There are no replicated scientific studies supporting any specific biologic etiology for homosexuality." *May 2000.* Since World War II the Western world has developed into a hyper sexualized, sexually focused culture. Pornography which is as addictive as heroin, is rampant and other cultural contributing factors lead to the development of gender identity confusion and gender dysphoria.

I attest under the penalty of perjury that the above-mentioned statements are true and accurate.

_____

Greg Quinlan