

22 CV 859

UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RICH PENKOSKI
430 150th Street
Suite 300, #2009
Washington, DC 20816

ANK

NIXIE          207     CC 1      2204/27/22

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 20001          *2117-03552-14-34

CAPITAL DISTRICT 200
11 APR 2022 PM 1

RECEIVED
Mail Room
MAY - 2 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

RTS

US POSTAGE
ZIP 20001
02 1W
0001399957 APR 08 2022
$ 000.53°
PITNEY BOWES