## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Pickup et. al.** **(Plaintiffs)** Vs. **Biden et. al.** **(Defendant)** | 1:22-cv-00859-TNF |

### NOTICE OF A CHANGE OF ADDRESS FOR PLAINTIFF DR. PICKUP

Plaintiffs provide notice of a change of address for Plaintiff Dr. Pickup. His amended mailing address is: 12126 Oak Park Drive Houston, TX 77070.

The Plaintiffs are working on a motion for injunctive relief that they will file just prior to serving the Defendants. The Plaintiffs intend to move on this action prior to doing so in the other case pending before this Court against HHS for different reasons to save judicial economy.

/s/Chris Sevier Esq./
DE FACTO ATTORNEYS GENERAL
Mailing address:
118 16th Ave South
#4 Music Row
Nashville, TN 37203
(615) 500-4411
ghostwarsmusic@gmail.com
www.specialforcesofliberty.com
Bravo Two Zero
1LT 27A JAG

## CERTIFICATEOF SERVICE

## Certificate of Service

I hereby certify that the foregoing complaint will be served as soon as the summons is available on the following persons by certified mail, return receipt requested, and that a courtesy copy will be emailed to Assistant U.S. Attorney John Moustakas at John.Moustakas@usdoj.gov, who is the lead counsel in a similar action brought against Defendant Biden's HHS by Plaintiffs Quinlan, Sevier, and Penkoski.

Civil Process Clerk
UNITED STATES ATTORNEY'S OFFICE
501 Third Street,
NW Washington, DC 20530

Merrick Garland,
U.S. Attorney General
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave.
NW Washington, DC 20530

John Moustakas
Assistant United States Attorney for the District of Columbia
Civil Division 555 4th Street,
N.W. Washington, DC 20530
(202) 252-2518
John.Moustakas@usdoj.gov

Clerk of the House of Representatives
U.S. HOUSE OF REPRESENTATIVES
U.S. Capitol, Room H154
Washington, DC 20515-6601

Secretary of the Senate, Sonceria Ann Berry
UNITED STATES SENATE
Washington, DC 20510-6601.

Speaker Nancy Pelosi
1236 Longworth H.O.B.
Washington, DC 20515
(202) 225-4965
arash.abbaf@mail.house.gov

Sen. Jeff Merkley,

531 Hart Senate Office Building
Washington, DC 20510 Phone:
(202) 224-3753
Authorized agent for service:
elvia_montoya@merkley.senate.gov

Leader Charles Schumer
322 Hart Senate Office Building
Washington, D.C. 20510 Phone:
(202) 224-6542
casework_schumer@schumer.senate.gov

Chairman Richard Durbin
711 Hart Senate Building
Washington, D.C. 20510
p: 202.224.2152
dick@durbin.senate.gov

Rep. David Cicilline
Rayburn HOB
Washington, DC 20515 Phone:
(202) 225-4911
Authorized agent: megan.garcia@mail.house.gov


/s/Chris Sevier Esq./