

UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

22 cv 859

RECEIVED
April Roberti
MAY - 9 2022

CAPITAL DISTRICT 20S
1 APR 2022  PM 2 L

US POSTAGE ~PITNEY BOWES
ZIP 20001
02 1W
0001399957 APR 01 2022
$ 000.53⁰

RICH PENKOSKI
4301 50th Street
Suite 300, #2009
Washington, DC 20816

FMDK

NIXIE        207  CC 1        N  C0004/14/22

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RETURN TO SENDER        2205/03/22

BC: 20001        *2192-04271-03-19