UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID PICKUP**, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**JOSEPH R. BIDEN,** *in his official capacity as President of the United States, et al.*,<br><br>　　　　　　Defendants. | Case No. 1:22-cv-859 (TNM) |

## ORDER

　　Before the Court is Plaintiffs' motion for a temporary restraining order.  *See* ECF No. 41.  A temporary restraining order is an "extraordinary and drastic remedy" never awarded as of right, so the standard for issuing one is "very high."  *RCM Techs., Inc. v. Beacon Hill Staffing Grp., LLC*, 502 F. Supp. 2d 70, 73 (D.D.C. 2007).  And emergency relief "may only be awarded upon a clear showing that the plaintiff is entitled to such relief."  *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008).  Having carefully considered the arguments in Plaintiffs' motion, the Court finds that they do not meet this high standard.

　　For these reasons, it is hereby

　　**ORDERED** that Plaintiffs' [41] motion for a temporary restraining order is DENIED.

**SO ORDERED**.


Dated: June 21, 2022　　　　　　　　　　　　　　　TREVOR N. McFADDEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge