UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. DAVID PICKUP**, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>**JOSEPH R. BIDEN**, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:22-cv-0859 (TNM) |

**ORDER**

On July 18, 2022, Defendants President Joseph R. Biden, Speaker of the House Nancy Pelosi, Senate Majority Leader Charles Schumer, Senator Jeff Merkley, Senator Richard J. Durbin, Senator Richard Blumenthal, and Representative David Cicilline filed a combined motion to dismiss. *See* ECF No. 53. If granted, this motion would end the lawsuit as to those defendants. Plaintiffs are proceeding *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Plaintiffs are ORDERED to respond to Defendants' Motion to Dismiss by **August 2, 2022**. Plaintiffs are warned that if they do not respond by this deadline, the Court may

treat the motion as conceded and dismiss the complaint. Plaintiffs shall combine all arguments into a single Response Motion, rather than file individual Motions.

**SO ORDERED.**

Dated: July 19, 2022                                                                 TREVOR N. MCFADDEN, U.S.D.J.