UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID PICKUP**, *et al.*<br><br>                    Plaintiffs,<br><br>           v.<br><br>**JOSEPH R. BIDEN, JR.**,<br>*in his official capacity as President of the United States, et al.*<br><br>                    Defendants. | Case No. 1:22-cv-00859 (TNM) |

## ORDER

Upon consideration of Defendants' motion and Plaintiffs' opposition, the law and the evidence, and for the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Defendants' [54] Motion to Dismiss is **GRANTED**. Dismissal is with prejudice. It is also

**ORDERED** that Plaintiffs' [27] Motion for a Preliminary and Permanent Injunction is **DENIED**. It is also

**ORDERED** that Plaintiffs' [32] Motion to Show Cause for Non-Enforcement of 18 U.S.C. § 1507 is **DENIED**.

**SO ORDERED.** This is a final, appealable Order. *See* Fed. R. App. P. 4(a). The Clerk of Court is requested to close this case.

Dated: November 30, 2022                              TREVOR N. McFADDEN
                                                                      United States District Judge